**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| OPTIMA SPECIALTY STEEL, INC., *et al.*,[1] | Case No. 16-12789-KJC |
| Debtors. | (Jointly Administered) |

## GLOBAL NOTES AND METHODOLOGY REGARDING THE DEBTORS' SCHEDULES OFASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

**These *Global Notes and Methodology Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") are an integral part of all of the Debtors' Schedules and Statements (defined below). The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements. In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.**

### Introduction

The Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements" or "SOFA") and together with the Schedules, (the "Schedules and Statements") filed by Optima Specialty Steel, Inc. ("OSS") and its debtor affiliates (Niagara LaSalle Corporation or "NLS", The Corey Steel Company or "CSC", KES Acquisition Company d/b/a Kentucky Electric Steel or "KES", and Michigan Seamless Tube LLC or "MST", collectively, the "Debtor Affiliates"), as debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") were prepared by the Debtors' management pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and are unaudited.

While the Debtors have made every reasonable effort to ensure that their Schedules and Statements are accurate and complete, based upon information that was available to them at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Optima Specialty Steel, Inc. (0641), Niagara LaSalle Corporation (0059), The Corey Steel Company (0255), KES Acquisition Company d/b/a Kentucky Electric Steel (2858), and Michigan Seamless Tube LLC (3850). The Debtors' mailing address is 200 S Biscayne Blvd, Suite 5500 Miami, Florida 33131-2310.

and/or further review and analysis of the Debtors' books and records may result in changes to financial data and other information contained in the Schedules and Statements.

The Schedules and Statements have been signed by Anthony Verkruyse, the Debtors' Chief Financial Officer and an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Verkruyse relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Verkruyse has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

**Basis of Presentation.** The Schedules and Statements are unaudited and do not purport to be financial statements prepared in accordance with generally accepted accounting principles in the United States of America ("U.S. GAAP"), nor were they reconciled with the Debtors' financial statements. These Schedules and Statements represent the Debtors' good faith attempt to comply with the requirements of the Bankruptcy Code and Bankruptcy Rules using commercially reasonable efforts and resources available and are subject to further review and potential adjustment.

**Reservation of Rights.** The Debtors and their advisors who assisted in the preparation of the Schedules and Statements do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the errors or omissions, negligent or otherwise, in preparing, collecting, reporting, or communicating the information contained herein. The Debtors and their advisors do not have an obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party upon such revisions. In no event shall the Debtors or their advisors be liable to any third party for any direct, indirect, incidental, consequential, or other damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their advisors are advised of the possibility of such damages. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements from time to time as is necessary and appropriate.

The failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated", or "disputed." Moreover, the Debtors reserve all of their rights to amend their Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

The Debtors have made commercially reasonable efforts to correctly characterize, classify, and categorize claims, assets, executory contracts, among other items reported in the Schedules and Statements. However, due to the complexity and size of the Debtors' business, the Debtors may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items

reported in the Schedules and Statements at a later time as necessary or appropriate as additional information becomes available.

The Debtors accounting systems were designed and maintained to manage the consolidated treasury and cash management systems of the Debtors, as well as report the Debtors' financial results on a consolidated basis. Additionally, the Debtors' accounting and finance staff have been trained and followed procedures consistent with these primary objectives. Neither the Debtors nor their advisors can ensure that the transactions recorded in one of the Debtors' books and records does not inadvertently reflect activity of another Debtor.

**Specific Notes.** These Global Notes are in addition to the specific notes set forth in the Schedules and Statements of the individual Debtor entities. The fact that the Debtors have prepared a Global Note with respect to a particular Schedule or Statement and not as to others does not reflect and should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any or all of the Debtors' remaining Schedules or Statements, as appropriate. Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment.

**Dates.** Unless otherwise noted, all asset and liability balances reported in the Schedules are as of 1:00 am ET on December 15, 2016 (the "Petition Date").

**Valuation.** It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as of the Petition Date. Cash is reported as of the Petition Date on a bank basis. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined" and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

**Quantification of Claims.** Amounts that were not readily quantifiable by the Debtors were reported as "undetermined" which is not intended to reflect the magnitude of the claim.

**Claims Paid Pursuant to Court Orders.** The Bankruptcy Court authorized the Debtors to pay certain prepetition claims, including but not limited to, insurance payments, certain taxes, employee related claims, customer claims, including rebates, and critical vendor claims. Consequently, certain prepetition fixed, liquidated and undisputed unsecured claims have been paid following the Petition Date. As such, claims against the Debtors for prepetition amounts may have been paid as of the time the Schedules and Statements and may not have been included in the Schedules and Statements.

**Liabilities.** The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is

conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

Although there are multiple lenders under the Debtors' prepetition debt facilities, only the indenture trustees have been listed on Schedules.

**Exclusions.** The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including employee benefit accruals, accrued accounts payable, and deferred gains. The Debtors also have excluded potential rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage claims may exist. In addition, certain immaterial assets and liabilities may have been excluded.

**Causes of Action.** The Debtors, despite their efforts, may not have listed all of their causes of action against third parties as assets in the Schedules and Statements. The Debtors reserve all of their rights with respect to any causes of action they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

**Insiders.** For purposes of the Schedules and Statements, the Debtors defined "insiders" as: (a) directors; (b) officers; and (c) debtor/non-debtor affiliates. Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, the Debtors do not take any position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

**Intercompany Payables and Receivables.** Intercompany payables and receivables between the Debtors are set forth on Schedule F and Schedule A/B.11, 71 or 77, as applicable. Intercompany payables are listed in the relevant Debtors' Schedule F and categorized as intercompany trade payables, intercompany notes or intercompany payables, as applicable. Intercompany trade receivables, intercompany notes receivable and intercompany receivables are presented on Schedule A/B.11, A/B.71 and A/B.77, respectively. The Debtors take no position in these Schedules and Statements as to whether any intercompany accounts would be allowed as a Claim, or Interest. The Debtors and all parties in interest reserve all rights with respect to such accounts.

**Leases.** In the ordinary course of business, the Debtors may lease certain fixtures and equipment from certain third party lessors for use in the daily operation of their businesses. The underlying lease agreements are listed on Schedule G and any current amount due under such leases that were outstanding as of the Petition Date are listed on Schedule F. Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination of the legal status of

any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to such issues.

**Litigation.**  Certain litigation reflected as claims against one of the OSS entities may relate to any of the other Debtors. The Debtors have made reasonable efforts to accurately record these actions in the Schedules and Statements of the Debtors that are the party to the action.

**Totals.**   All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the schedules.

**Employee Addresses.**   Employee addresses, including those of officers, have been listed as the address of the Debtor where the employee is employed.

### *Notes to Statement of Financial Affairs*

**SOFA 1/2.**  The Debtors' gross revenue from business represents business revenue before the consideration of returns, allowances, sales discounts offered to customers, and is inclusive of intercompany sales amongst Debtors. Year to date revenue as of December 14, 2016 is both preliminary and subject to material revision. OSS has excluded the equity in earnings of its Debtor Affiliates from this schedule.

**SOFA 3/4.** As described more fully in *Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks, (B) Authorizing the Continued Use of Cash Management System, (C) Waiving Certain Investment and Deposit Guidelines and (D) Granting Administrative Expense Status to Postpetition Intercompany Claims (Doc. No. 7)*,   the Debtors maintain a centralized cash management system in which the Debtor Affiliates' receipts are swept to the OSS concentration account and the OSS concentration account funds Debtor Affiliate disbursement accounts on a daily basis. The cash activity related to the cash management system has been excluded from SOFA 3 and 4 due to the significant volume and nature of the transactions.

Disbursements made between KES, MST, NLS, and CSC listed in Exhibit 3 and Exhibit 4 represent the periodic cash clearing of intercompany trade accounts between the Debtors that relate to purchases.

Amounts paid by check are included in Exhibits 3 and 4 based on the date of issuance and certain amounts may not have ultimately cleared the Debtor bank accounts due to the cancellation of checks as of the Petition Date. Officer compensation which appears in Exhibits 3 and 4 is net of any tax withholding, 401(k) deductions, employee contributions to health insurance, or garnishments and does include any employee matching of 401(k) contributions.

Disbursements to Ceridian made from NLS, CSC, and KES represent the payment of payroll, remittance of payroll related taxes, remittances of garnishments to various state agencies, and the payment of Ceridian payroll processing fees. These amounts include payments to insiders that have been scheduled separately and may be duplicative. MST processes payroll internally and does

not have a third party processor. MST's payroll disbursements and remittances to taxing authorities are presented categorically.

During the year ended December 31, 2016, the Company acquired $6,063,925 of manganese ore through a trade and cooperation agreement with Felman Trading Inc. and Optima Ventures, LLC, affiliates of the Company. The ore was sold for $6,124,565 resulting in a gain of $60,639.

**SOFA 6.** The Debtors periodically incur certain setoffs in the ordinary course of business. Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, returns, credits, warranties, refunds, and other ,disputes between the Debtors and their customers and/or suppliers. These normal setoffs are consistent with the ordinary course of business in the Debtors' industry. The Debtors do not believe that any involuntary setoffs have occurred within the ninety days preceding the Petition Date but reserve the right to update question six should they become known.

**SOFA 7.** The Debtors pursued actions against a former KES employee for embezzlement and return of funds, simultaneously filing a claim with their insurance carrier in relation. The Debtors assigned their interest in this claim to the insurance carrier upon the receipt of policy proceeds for this loss.

Certain actions and responsibility for environmental remediation have been alleged against OSS by the Ohio Attorney General and other parties in relation to Warren Steel Holdings, which named OSS as an alleged responsible party. The Debtors refute this and other related accusations and intend to defend these claims vigorously.

**SOFA 11.** All payments related to restructuring professionals have been made by OSS on behalf of all the Debtors.

**SOFA 13.** NLS and KES disbursements to Raytrans Management LLC ("Raytrans") represents freight and advance steel purchases from Warren Steel Holdings, a non-debtor affiliate which is not owned by OSS but shared common ownership and certain employees. Warren Steel Holdings ceased operations during the fourth quarter of 2015. As purchases were paid in advance and Warren Steel Holdings shut operations, certain steel shipments were not received. A potential cause of action has also been noted in response to KES' Schedule A/B 74.

**SOFA 21.** In the ordinary course of business, CSC and NLS process and further refine steel on behalf of the other steel producers. Title does not transfer to the Debtors during the provision of this service. While the Debtors have endeavored to provide the best descriptive identification of this property and its owner, the value of these amounts is not readily ascertainable. Most, if not all, of this property was subsequently refined and returned to the ultimate owner after the Petition Date.

In addition, the Debtors have certain parts and maintenance related inventory provided by part suppliers on consignment which also appear as property held in their possession as of the Petition Date. These items are immaterial to the Debtors' operations and financial results and are not

included in any inventory counts. As such, the Debtors do not have a readily available monetary value for the consignment goods.

**SOFA 22-24.**  The Debtors have disclosed environmental information required in SOFA 22 -24 to the best of their ability, based on the information reasonably available to the Debtors at the time at the time the Schedules and Statements were prepared and have limited their responses to the five year period preceding the Petition Date. The Debtors believe that due to multiple acquisitions, departures of personnel through time, and the long history of the sites used by the Debtors, that using a longer period time may result in inaccurate or incomplete disclosure.

The Debtors are currently parties to several ongoing voluntary remediation agreements with the Michigan Department of Environmental Quality, the Indiana Department of Environmental Management, and the Texas Commission on Environmental Quality related to settlements and findings that occurred prior to December 15, 2011 (five years prior to the Petition Date). The agreements have been included on the respective Debtors Schedule G.

**SOFA 27.**  The Debtors perform physical inventory counts throughout the year on dates that do not necessarily correspond to financial accounting for reporting purposes. The Debtors have provided information and estimates related to the value of such inventory where possible and in other instances have provided the amount of tons identified during the inventory where the financial value was not readily ascertainable on the date of the count.


### Notes to the Schedules of Assets and Liabilities

**Schedule A/B 11.**  Trade Accounts Receivable are presented net of: (1) allowance for doubtful accounts, (2) allowance for sales returns and (3) unposted cash, but include amounts owed to other Debtors related to intercompany sales. Accounts Receivable are presented without consideration for any liabilities related to mutual counterparty accounts payable, open or terminated contract liabilities, liquidated damages, setoff rights or collateral held by the Debtors, unless otherwise stated.

**Schedule A/B 3.**  The bank account balances listed are as of the Petition Date.

**Schedule A/B 4.**  MST maintains a trust account at Huntington Trust for the provision of adequate financial assurance to the Michigan Department of Environmental Quality in connection with a Corrective Action Consent Order (see MST SOFA 22). This account balance is as of December 31, 2016 as the Petition Date balance was unavailable.

**Schedule A/B 8.** The Debtors' financed the majority of insurance policies which serve as collateral held by BankDirect Capital as the lender that provided premium financing in September 2016.

**Schedule A/B 15.**  Equity interests in subsidiaries and affiliates primarily arise from common stock ownership or member or partnership interests. For purposes of these Schedules, the Debtors have listed an undetermined value for the equity interests. The book values of certain assets may materially differ from their fair market values.

**Schedule A/B 19-22.**  NLS and CSC account for inventory using the LIFO method while KES and MST account for inventory using the FIFO method. Various accounting adjustments for excess and obsolete inventory, inventory in transit, non-conforming inventory, etc. were included in A/B 22 – Finished Inventory.

**Schedule A/B 25.**  The Debtors have provided a high-level estimate of the amount of inventory that was received in the twenty days preceding the Petition Date at a divisional level.

**Schedule A/B 55.**  The value of the land and buildings included on Schedule A are reflected at the net book value as of December 15, 2016

**Schedule A/B 73.**  A determination as to the surrender or refund value of each of the insurance policies has not been made and therefore the balance is listed as undetermined.

**Schedule D.**  The Debtors reserve the right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtors.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.  In certain instances, a Debtor may be a co-obligor, co-mortgagor or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.  The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Except as specifically stated herein, real property lessors, utility companies and other parties which may hold security deposits have not been listed on Schedule D.  Certain of the Debtors' agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financing agreements.  No attempt has been made to identify such agreements for purposes of Schedule D.

There are multiple secured creditors that participate in the Debtors 12.500% Senior Secured Notes due 2016. Only the Indenture Trustee has been included on Schedule D.

In December 2016, the Debtors repaid the full amount outstanding on the Asset Based Revolving Credit Facility to PNC Bank, N.A.

Under the Company's insurance programs, coverage is obtained for catastrophic exposures as well as those risks required to be insured by law or contract. The Company is responsible for a portion of certain expected losses relating primarily to medical and life benefits, workers' compensation, physical property losses, business interruption resulting from such loss and comprehensive general and product liability. In connection with these programs, the Company has provided its casualty

insurance carriers (Travelers Indemnity Company and Liberty Mutual Insurance Company) with irrevocable standby letters of credit totaling $1,719,626, secured by a deposit held by the letter of credit issuer (PNC Bank, N.A.).  The deposit amount at December 31, 2016 was $1,805,607 which is 105% of the maximum undrawn amount of such letters of credit.  The letters of credit are included on the relevant Schedule D for OSS, NLS and CSC.

**Schedule E/F.**  The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

Certain of the claims of state and local taxing authorities set forth in Schedule E/F, ultimately may be deemed to be secured claims pursuant to state or local laws.

Certain of the claims owing to various taxing authorities to which the Debtors may be liable may be subject to ongoing audits. The Debtors reserve their right to dispute or challenge whether claims owing to various taxing authorities are entitled to priority, and the listing of any claim on Schedule E/F does not constitute an admission that such claim is entitled to priority treatment pursuant to section 507 of the Bankruptcy Code.

The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

Pursuant to the *Order (FINAL) (A)Authorizing Debtors To Pay (I)All Prepetition Employee Obligations, (II)Prepetition Withholding Obligations, And (III)Postpetition Employee Obligations In The Ordinary Course, And (B)Directing Banks To Honor Related Transfers*, the Bankruptcy Court granted the Debtors authority to pay or honor certain prepetition obligations for employee wages, salaries, and other compensation, reimbursable employee expenses, and employee medical and similar benefits. The Debtors have not listed on Schedule E/F certain wage and wage-related obligations that they have paid or for which they have been granted authority to pay and intend to pay pursuant to the Wages Order.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date. The Debtors have made every effort to include as contingent, unliquidated, or disputed the Claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has a receipt not invoiced.

The claims listed in Schedule F arose or were incurred on various dates.  In certain instances, the date on which a claim arose is an open issue of fact.  While reasonable efforts have been made to

determine the date upon which each claim in Schedule F was incurred or arose, making all such determinations would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule F.

In addition, certain claims listed on Schedule F may be entitled to priority under 11 U.S.C. § 503(b)(9). The Debtors have made their best efforts to include all trade creditors on Schedule F; however, the Debtors believe there are instances where vendors have yet to provide proper invoices for prepetition goods or services.

**Schedule G.**   Executory Contracts.   While commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or over-inclusions may have occurred.   The Debtors reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.

The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed therein.

In the ordinary course of business, the Debtors have entered into numerous agreements, both written and oral, regarding the provision of certain services on a month-to-month basis, as well as purchase orders.   The Debtors do not believe that such agreements constitute executory contracts and therefore, such agreements are not listed individually on Schedule G.   Nevertheless, the Debtors reserve the right to assert that such agreements constitute executory contracts.

In some cases, the same supplier or provider may have multiple agreements listed in Schedule G. These agreements represent distinct agreements between the applicable Debtor and such supplier or provider, and will be listed as multiple contracts under the same counterparty.

Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G.   In addition, the applicable Debtor may have entered into various other types of agreements in the ordinary course of their business, such as easements, right of way, subordination, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G.

In addition, certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The Debtors reserve all of their rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument (including, without limitation, any intercompany agreement) related to a creditor's claims.  Finally certain of the executory agreements may not have been memorialized and could be subject to dispute.

Listing a contract or agreement on this schedule does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.   Any and all of the Debtors' rights, claims, and causes of action with respect to the contracts and agreements listed on this schedule

are hereby reserved and preserved.  Similarly, the listing of a contract or lease on this schedule does not constitute admission that such document is not a secured financing.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor Name: | Michigan Seamless Tube LLC |
| United States Bankruptcy Court for the District of Delaware | |
| Case Number: | 16-12793 (KJC) |

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                12/15

---

**Part 1:   Summary of Assets**

1.    **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B……………………………………………………………………

   $           8,089,294

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B……………………………………………………………………

   $         120,520,208
   + Undetermined

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B……………………………………………………………………

   $         128,609,501
   + Undetermined

---

**Part 2:   Summary of Liabilities**

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D……………………

   $         161,662,000

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F……………………………………………

   $                      -
   + Undetermined

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F…………………………………

   $           91,626,181
   + Undetermined

4.    **Total liabilities**……………………………………………………………………………………………
   Lines 2 + 3a + 3b

   $         253,288,181
   + Undetermined

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor Name: | Michigan Seamless Tube LLC |
| United States Bankruptcy Court for the District of Delaware | |
| Case Number: | 16-12793 (KJC) |

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1.  **Does the debtor have any cash or cash equivalents?**
    ☐ No. Go to Part 2.
    ☒ Yes. Fill in all of the information below.

    **All cash or cash equivalents owned or controlled by the debtor**

    **Current value of debtor's interest**

2.  **Cash on hand**                                                                           $              500

3.  **Checking, savings, money market, or financial brokerage accounts** (Identify all)

    | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
    |---|---|---|---|
    | 3.1.  See EXHIBIT 3 - FINANCIAL ACCOUNTS | | | $              - |
    | 3.2. | | | |

4.  **Other cash equivalents** (Identify all)

    | | | |
    |---|---|---|
    | 4.1.  Huntington Trust adequate assurance for remediation | | $         208,667 |
    | 4.2. | | |

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    $         209,167

| Part 2: | Deposits and prepayments |
|---|---|

6.  **Does the debtor have any deposits or prepayments?**
    ☐ No. Go to Part 3.
    ☒ Yes. Fill in the information below.

    **Current value of debtor's interest**

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

    | | |
    |---|---|
    | 7.1. | |
    | 7.2. | |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

8.1.  See EXHIBIT 8 - PREPAYMENTS _____    $         432,528

8.2.  _____    _____

9.    **Total of Part 2.**
      Add lines 7 through 8. Copy the total to line 81.                          $         432,528

---

**Part 3:    Accounts receivable**

10.   **Does the debtor have any accounts receivable?**
      ☐ No. Go to Part 4.
      ☒ Yes. Fill in all of the information below.

                                                                        Current value of
                                                                        debtor's interest

11.   **Accounts receivable**

11a.  90 days old or less:      $     5,828,141   -   $      43,386        =   $    5,784,755
                              **face amount**         **doubtful or uncollectible accounts**

11b.  Over 90 days old:         $        18,361   -   $      18,361        =   $           -
                              **face amount**         **doubtful or uncollectible accounts**

12.   **Total of Part 3**
      Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $    5,784,755

---

**Part 4:    Investments**

13.   **Does the debtor have any investments?**
      ☒ No. Go to Part 5.
      ☐ Yes. Fill in all of the information below.

                                              Valuation method          Current value of
                                              used for current value     debtor's interest

14.   **Mutual funds or publicly traded stocks not included in Part 1**
      Name of fund or stock:

14.1. _____    _____    _____

14.2. _____    _____    _____

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses,**
      **including any interest in an LLC, partnership, or joint venture**
      Name of entity:                        % of ownership

15.1. _____    _____ %    _____    _____

15.2. _____    _____ %    _____    _____

16.   **Government bonds, corporate bonds, and other negotiable**
      **and non-negotiable instruments not included in Part 1**
      Describe:

16.1. _____    _____    _____

16.2. _____    _____    _____

17.   **Total of Part 4**
      Add lines 14 through 16. Copy the total to line 83.                  $           -

1

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18.    Does the debtor own any inventory (excluding agriculture assets)?**
☐ No. Go to Part 6.
☑ Yes. Fill in all of the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **19.** | **Raw materials** | 11/01/16 | $ 4,829,581 | FIFO - LCM | $ 4,829,581 |
| **20.** | **Work in progress** | 11/01/16 | $ 2,410,082 | FIFO - LCM | $ 2,410,082 |
| **21.** | **Finished goods, including goods held for resale** | 11/01/16 | $ 1,521,929 | FIFO - LCM | $ 1,521,929 |
| **22.** | **Other inventory or supplies** | | | | |

**23.    Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$ 8,761,592

**24.    Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes    Book value $ 1,482,936    Valuation method    Book    Current Value    $    1,482,936

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☑ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27.    Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in all of the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28.** | **Crops—either planted or harvested** | | | |
| **29.** | **Farm animals Examples: Livestock, poultry, farm-raised fish** | | | |
| **30.** | **Farm machinery and equipment (Other than titled motor vehicles)** | | | |
| **31.** | **Farm and fishing supplies, chemicals, and feed** | | | |
| **32.** | **Other farming and fishing-related property not already listed in Part 6** | | | |

Case number: 16-12793 (KJC)

33.   **Total of Part 6**
      Add lines 28 through 32. Copy the total to line 85.

| | |
|---|---|
| $ | - |

34.   **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
            ☐ No
            ☐ Yes

35.   **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes          Book value _____   Valuation method _____   Current Value _____

36.   **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37.   **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38.   **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No. Go to Part 8.
☒ Yes. Fill in all of the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| Furniture (fully depreciated) | $          - | Book | $          - |
| 40.  **Office fixtures** | | | |
| Fixtures (fully depreciated) | $          - | Book | $          - |
| 41.  **Office equipment, including all computer equipment and** communication systems equipment and software | | | |
| Office equipment (fully depreciated) | $          - | Book | $          - |

42.   **Collectibles Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles**

| | | | |
|---|---|---|---|
| 42.1. _____ | _____ | _____ | _____ |
| 42.2. _____ | _____ | _____ | _____ |

43.   **Total of Part 7.**
      Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| $ | - |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☒ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification<br>numbers (i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1 | Trailers included in equipment | | | |
| 47.2 | | | | |
| 47.3 | | | | |
| 47.4 | | | | |

**48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels**

| | | | | |
|---|---|---|---|---|
| 48.1 | | | | |
| 48.2 | | | | |

**49. Aircraft and accessories**

| | | | | |
|---|---|---|---|---|
| 49.1 | | | | |
| 49.2 | | | | |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| See EXHIBIT 50 - OTHER MACHINERY | $ 29,901,389 | Book | $ 29,901,389 |
|---|---|---|---|

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| $ 29,901,389 |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☑ Yes

Official Form 206Sum          **Summary of Assets and Liabilities for Non-Individuals**

Debtor: <u>Michigan Seamless Tube LLC</u>                                              Case number: <u>16-12793 (KJC)</u>

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**
☐ No. Go to Part 10
☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 Building & Improvements | Wholly owned | $ 6,819,294 | Book | $ 6,819,294 |
| 55.2 Land | Wholly owned | $ 1,270,000 | Book | $ 1,270,000 |
| 55.3 | | | | |
| 55.4 | | | | |
| 55.5 | | | | |
| 55.6 | | | | |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 8,089,294

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☑ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11
☑ Yes. Fill in the information below.

| General description<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| 61. Internet domain names and websites | | | |
| 62. Licenses, franchises, and royalties | | | |
| 63. Customer lists, mailing lists, or other compilations<br>Customer lists | $ 3,473,896 | N/A | Undetermined |
| 64. Other intangibles, or intellectual property<br>Intellectual Property | $ 208,675 | N/A | Undetermined |
| 65. Goodwill | | | |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

Undetermined

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contract and unexpired leases not previously reporting on this form.
☐ No. Go to Part 12
☒ Yes. Fill in the information below.

71. **Notes receivable**                                                                                         Current value of
Description (include name of obligor)                                                                  debtor's interest

_____     _____ — _____ = _____
                                                          Total face amount    Doubtful or Uncollected

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| Tax Refund - State of Michigan | Tax year | N/A | $ | 8,475 |
| --- | --- | --- | --- | --- |
| | Tax year | | | |
| | Tax year | | | |

73. **Interests in insurance policies or annuities**                                                 _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
                                                                                                                          _____

Nature of claim         _____

Amount requested     _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
                                                                                                                          _____

Nature of claim         _____

Amount requested     _____

76. **Trusts, equitable or future interests in property**                                          _____

77. **Other property of any kind not already listed** *Examples: Season tickets, country club membership*
Intercompany receivable - OSS                                                                 $      75,422,302

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                                    $      75,430,777

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor: <u>Michigan Seamless Tube LLC</u>                                                                                     Case number: <u>16-12793 (KJC)</u>

**Part 12:**     **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of Real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 209,167 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 432,528 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 5,784,755 | |
| 83. Investments. *Copy line 17, Part 4.* | $ - | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 8,761,592 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ - | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ - | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 29,901,389 | |
| 88. Real property. *Copy line 56, Part 9*............................................................ | | $ 8,089,294 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | Undetermined | |
| 90. All other assets. *Copy line 78, Part 11.* | $ 75,430,777 | |
| 91. Total. Add lines 80 through 90 for each column | $ 120,520,208 + Undetermined | + $ 8,089,294 |

92. Total of all property on Schedule A/B. *Lines 91a + 91b = 92*...........................................................................   $ 128,609,501
                                                                         + Undetermined

Debtor: <u>Michigan Seamless Tube LLC</u>
        Name

Case number *(if known)* <u>16-12793 (KJC)</u>

# SCHEDULE OF ASSETS AND LIABILITIES - SCHEDULE A/B
# EXHIBIT 3 - FINANCIAL ACCOUNTS
( Continuation Sheet)

| Checking, savings, money market, financial brokerage accounts **Name of institution (bank or brokerage firm)** | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| 3.1 Michigan Seamless Tube CDA | Operating disbursements | 9424 | $ - |
| 3.2 Michigan Seamless Tube Payroll | Payroll disbursements | 3514 | $ - |
| 3.3 Michigan Seamless Collections | Lockbox collections | 9467 | $ - |
| 3.4 | | | |
| 3.5 | | | |
| 3.6 | | | |
| 3.7 | | | |
| 3.8 | | | |
| 3.9 | | | |
| | | TOTAL: | $ - |

Exhibit 3                    Schedule of Assets and Liabilities

Page 21 of 123

Debtor: <u>Michigan Seamless Tube LLC</u>
     Name

Case number *(if known)* <u>16-12793 (KJC)</u>

# SCHEDULE OF ASSETS AND LIABILITIES - SCHEDULE A/B
# EXHIBIT 8 - PREPAYMENTS
( Continuation Sheet)

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 8.1 Insurance | | $ 279,235 |
| 8.2 Tax | | $ 127,573 |
| 8.3 Utility | | $ 25,070 |
| 8.4 Benefits | | $ 651 |
| 8.5 | | |
| 8.6 | | |
| 8.7 | | |
| 8.8 | | |
| 8.9 | | |
| | TOTAL: | $ 432,528 |

Debtor: <u>Michigan Seamless Tube LLC</u>
Name

Case number *(if known)* <u>16-12793 (KJC)</u>

# SCHEDULE OF ASSETS AND LIABILITIES - SCHEDULE A/B
# EXHIBIT 50 - OTHER MACHINERY
( Continuation Sheet)

| | Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 50.1 | Process Machinery & Equip | $ 29,167,204 | Book | $ 29,167,204 |
| 50.2 | Warehouse Equipment | $ 730,435 | Book | $ 730,435 |
| 50.3 | Testing & Inspection Equipment | $ 3,750 | Book | $ 3,750 |
| 50.4 | | | | |
| 50.5 | | | | |
| 50.6 | | | | |
| 50.7 | | | | |
| 50.8 | | | | |
| 50.9 | | | | |
| 50.10 | | | | |
| 50.11 | | | | |

TOTAL: $ 29,901,389

Exhibit 50 Schedule of Assets and Liabilities

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor Name: | <u>Michigan Seamless Tube LLC</u> |
| United States Bankruptcy Court for the District of Delaware | |
| Case Number: | <u>16-12793 (KJC)</u> |

☐ Check if this is an
amended filing

<u>Official Form 206 D</u>

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
　☐ No. Check this box and submit page 1 of this form to the court with the debtor's other schedules. Debtor has nothing else to report on this form.
　☒ Yes. Fill in all of the information below

| **Part 1:** | **List Creditors Who Have Secured Claims** | | **Column A**<br>Amount of claim<br>Do not deduct the value<br>of collateral. | **Column B**<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

**2.**　　**List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, all the creditors separately for each claim.

| **2.1** | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $　　161,662,000 | Undetermined |
|---|---|---|---|---|

**Creditor's name**
12.5% Senior Secured Notes due 2016
WILMINGTON TRUST, NATIONAL ASSOCIATION
**Creditor's mailing address**
54 SOUTH SIXTH STREET
SUITE 1294
MINNEAPOLIS, MN 55402-0158

**Creditor's email address, if known**
JSCHWEIGER@WILMINGTONTRUST.COM

**Date debt was incurred**
12/5/2011

**Last 4 digits of account number**
0680

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority

SEE GLOBAL NOTES

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
BLANKET FIRST LIEN ON ALL ASSETS

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is: Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** | **Creditor's name** | **Describe debtor's property that is subject to a lien** | _____ | _____ |
|---|---|---|---|---|

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes

**As of the petition filing date, the claim is: Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total** of the dollar amounts from Part 1, Column A, including the amounts from the Additional page, if any.

$　　161,662,000

Debtor: <u>Michigan Seamless Tube LLC</u>
Name

Case number *(if known)* <u>16-12793 (KJC)</u>

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

3. List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collectionagencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Morrison & Foerster LLP<br>250 West 55th Street<br>New York, New York 10019 | Line 2.1 | 0  6  8  0 |
|  | Line 2.2 | __ __ __ __ |
|  | Line 2.3 | __ __ __ __ |
|  | Line 2.4 | __ __ __ __ |
|  | Line 2.5 | __ __ __ __ |
|  | Line 2.6 | __ __ __ __ |
|  | Line 2.7 | __ __ __ __ |
|  | Line 2.8 | __ __ __ __ |
|  | Line 2.9 | __ __ __ __ |
|  | Line 2.10 | __ __ __ __ |
|  | Line 2.11 | __ __ __ __ |
|  | Line 2.12 | __ __ __ __ |
|  | Line 2.13 | __ __ __ __ |

**Official Form 206 D**    Schedule D: Creditors Who Have Claims Secured by Property    Page 25 of 123

**Fill in this information to identify the case:**

Debtor name ___Michigan Seamless Tube LLC_____

United States Bankruptcy Court for the: ___District of Delaware_____

Case number (If known): ___16-12793 (KJC)_____

Official Form 206E/F

☐ Check if this is an amended filing

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.**

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | Check all that apply. | $0 | $0 |
| | Allen County Treasurer | ☐ Contingent | + Undetermined | + Undetermined |
| | 1 East Main Street #104 | ☑ Unliquidated | | |
| | Rousseau Centre | ☐ Disputed | | |
| | Fort Wayne        IN        46802 | | | |

Date or dates debt was incurred
_____

Basis for the claim:
Taxing Authority

Last 4 digits of account number  _____

Is the claim subject to offset?

☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___8___)

| | 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.2** | Priority creditor's name and mailing address

Aurora OH Dept. of Revenue

130 S Chillicothe Road

Aurora          OH       44202

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Total claim: $0
+ Undetermined

Priority amount: $0
+ Undetermined

Date or dates debt was incurred

Basis for the claim:
Taxing Authority

Last 4 digits of account number

Is the claim subject to offset?

☐ No

☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (   8   )

---

**2.3** | Priority creditor's name and mailing address

Boone County Clerk

2950 Washington St.

Burlington          KY       41005

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Total claim: $0
+ Undetermined

Priority amount: $0
+ Undetermined

Date or dates debt was incurred

Basis for the claim:
Taxing Authority

Last 4 digits of account number

Is the claim subject to offset?

☐ No

☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (   8   )

---

**2.4** | Priority creditor's name and mailing address

Boyd County KY Dept. of Revenue

Boyd County Tax Department

2800 Louisa St

Catlettsburg          KY       41129

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Total claim: $0
+ Undetermined

Priority amount: $0
+ Undetermined

Date or dates debt was incurred

Basis for the claim:
Taxing Authority

Last 4 digits of account number

Is the claim subject to offset?

☐ No

☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (   8   )

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.5**

Priority creditor's name and mailing address

Canada Revenue Agency

1 Front Street West

Toronto     ON     M5J 2X6

Date or dates debt was incurred

Last 4 digits of account number    _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__8__)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Taxing Authority

Is the claim subject to offset?

☐ No
☐ Yes

**Total claim**    $0    + Undetermined

**Priority amount**    $0    + Undetermined

---

**2.6**

Priority creditor's name and mailing address

Chattanooga City Treasurer

101 E. 11Th Street

Suite 100

Chattanooga     TN     37402

Date or dates debt was incurred

Last 4 digits of account number    _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__8__)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Taxing Authority

Is the claim subject to offset?

☐ No
☐ Yes

**Total claim**    $0    + Undetermined

**Priority amount**    $0    + Undetermined

---

**2.7**

Priority creditor's name and mailing address

City of Buffalo Treasury Office

65 Niagara Square

Room 114 City Hall

Buffalo     NY     14202-7520

Date or dates debt was incurred

Last 4 digits of account number    _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__8__)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Taxing Authority

Is the claim subject to offset?

☐ No
☐ Yes

**Total claim**    $0    + Undetermined

**Priority amount**    $0    + Undetermined

| | | |
|---|---|---|

**2.8** | Priority creditor's name and mailing address

City of Chicago

Department of Finance

P.O. Box 88292

Chicago          IL        606801292

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxing Authority

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $0 | $0 |
| + Undetermined | + Undetermined |

---

**2.9** | Priority creditor's name and mailing address

City of Florence

Finance Department

8100 Ewing Boulevard

Florence          KY        41042

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxing Authority

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $0 | $0 |
| + Undetermined | + Undetermined |

---

**2.10** | Priority creditor's name and mailing address

City of Hammond

7900 Kennedy Ave

Hammond          IN        46323

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxing Authority

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $0 | $0 |
| + Undetermined | + Undetermined |

---

| | | Total claim | Priority amount |
|---|---|---|---|

**2.11**

**Priority creditor's name and mailing address**

City of Midlothian

104 W Avenue E

Midlothian          TX          76065

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**       _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxing Authority

**Is the claim subject to offset?**

☐ No

☐ Yes

Total claim $0
Priority amount $0
+ Undetermined          + Undetermined

---

**2.12**

**Priority creditor's name and mailing address**

City of Philadelphia

Revenue Collection Bureau, Inc.

5900 Torresdale Ave.

Philadelphia          PA          19135

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**       _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxing Authority

**Is the claim subject to offset?**

☐ No

☐ Yes

Total claim $0
Priority amount $0
+ Undetermined          + Undetermined

---

**2.13**

**Priority creditor's name and mailing address**

City of Warren Treasurer

Suite 200

1 City Square

Warren          MI          48093-2395

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**       _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxing Authority

**Is the claim subject to offset?**

☐ No

☐ Yes

Total claim $0
Priority amount $0
+ Undetermined          + Undetermined

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

Clerk of Court Porter Superior Court

16 East Lincolnway

Valparaiso        IN        46383

Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

|  | $0 | $0 |
|---|---|---|
|  | + Undetermined | + Undetermined |

**Date or dates debt was incurred**

**Basis for the claim:**

Taxing Authority

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)**

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

Commissioner of Taxation And Finance

NYS Assessment Receivables

P.O. Box 4127

Binghamton        NY        13902-4127

Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

|  | $0 | $0 |
|---|---|---|
|  | + Undetermined | + Undetermined |

**Date or dates debt was incurred**

**Basis for the claim:**

Taxing Authority

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)**

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

Cook County Collector

P.O. Box 641547

Chicago        IL        60664-1547

Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

|  | $0 | $0 |
|---|---|---|
|  | + Undetermined | + Undetermined |

**Date or dates debt was incurred**

**Basis for the claim:**

Taxing Authority

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)**

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.17** Priority creditor's name and mailing address

Delaware Division of Revenue-Bankruptcy

Carvel State Building

820 N. French St, 8th Floor

Wilmington      DE      19801

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $0 | $0 |
| + Undetermined | + Undetermined |

**Date or dates debt was incurred**

**Basis for the claim:**
Taxing Authority

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (   8   )**

---

**2.18** Priority creditor's name and mailing address

Dept. of Homeland Security

302 West Washington Street

Room 246

Indianapolis      IN      46204-2739

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $0 | $0 |
| + Undetermined | + Undetermined |

**Date or dates debt was incurred**

**Basis for the claim:**
Taxing Authority

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (   8   )**

---

**2.19** Priority creditor's name and mailing address

Dept. of Labor - OSHA

Forth Worth Area Office

8713 Airport Freeway Suite 302

Fort Worth      TX      76180-7610

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $0 | $0 |
| + Undetermined | + Undetermined |

**Date or dates debt was incurred**

**Basis for the claim:**
Taxing Authority

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (   8   )**

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | Check all that apply. | $0 | $0 |

Dept. of Labor State of Tennessee-OSH

710 James Robertson Parkway

3rd Floor

Nashville            TN        37243-0659

☐ Contingent

☑ Unliquidated

☐ Disputed

+ Undetermined        + Undetermined

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxing Authority

**Last 4 digits of account number**
_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (    8    )**

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | Check all that apply. | $0 | $0 |

Dept. of Revenue

Attn: Sup. of The Safety Sect.

7811 Milhouse Road Suite M

Indianapolis            IN        46241

☐ Contingent

☑ Unliquidated

☐ Disputed

+ Undetermined        + Undetermined

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxing Authority

**Last 4 digits of account number**
_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (    8    )**

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | Check all that apply. | $0 | $0 |

Detroit Office of the Treasury

2 Woodward Avenue

Suite 1200

Detroit            MI        48226

☐ Contingent

☑ Unliquidated

☐ Disputed

+ Undetermined        + Undetermined

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxing Authority

**Last 4 digits of account number**
_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (    8    )**

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | Check all that apply. | $0 | $0 |

Ellis County Tax Office

Tax Assessor-Collector

P.O. Drawer 188

Waxahachie        TX        75168-0188

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

+ Undetermined    + Undetermined

**Date or dates debt was incurred**

**Basis for the claim:**

Taxing Authority

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | Check all that apply. | $0 | $0 |

Erie County Tax

P.O. Box 1262

Buffalo        NY        14240-1262

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

+ Undetermined    + Undetermined

**Date or dates debt was incurred**

**Basis for the claim:**

Taxing Authority

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | Check all that apply. | $0 | $0 |

Florida Dept. of Revenue

5050 W Tennessee St

Tallahassee        FL        32399-0100

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

+ Undetermined    + Undetermined

**Date or dates debt was incurred**

**Basis for the claim:**

Taxing Authority

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | Check all that apply. | $0 | $0 |

**2.26**

Priority creditor's name and mailing address

Georgia Dept. of Revenue

P.O. Box 740399

Atlanta          GA        30374-0399

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Taxing Authority

Is the claim subject to offset?

☐ No

☐ Yes

**Total claim**        **Priority amount**

$0              $0

+ Undetermined      + Undetermined

---

**2.27**

Priority creditor's name and mailing address

Hammond City Controller

Dept Of Environmental Mgt - Air Polution

5925 Calumet Ave

Hammond          IN        46320

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Taxing Authority

Is the claim subject to offset?

☐ No

☐ Yes

**Total claim**        **Priority amount**

$0              $0

+ Undetermined      + Undetermined

---

**2.28**

Priority creditor's name and mailing address

Hamtramck Dept. of Revenue

Hamtramck City Hall

3401 Evaline St

Hamtramck          MI        48212

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Taxing Authority

Is the claim subject to offset?

☐ No

☐ Yes

**Total claim**        **Priority amount**

$0              $0

+ Undetermined      + Undetermined

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| | | Total claim | Priority amount |
|---|---|---|---|

**2.29** | Priority creditor's name and mailing address

Illinois Dept. of Revenue

Bankruptcy Unit

100 W. Randolph St., 7th Floor

Chicago                IL        60601

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $0 | $0 |
| + Undetermined | + Undetermined |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**      _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)**

**Basis for the claim:**

Taxing Authority

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**2.30** | Priority creditor's name and mailing address

Indiana Dept. of Revenue

P.O. Box 1028

Indianapolis        IN      46206-1028

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $0 | $0 |
| + Undetermined | + Undetermined |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**      _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)**

**Basis for the claim:**

Taxing Authority

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**2.31** | Priority creditor's name and mailing address

Jasper County  Treasurer

115 W Washington St

#201

Rensselaer        IN        47978

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $0 | $0 |
| + Undetermined | + Undetermined |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**      _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)**

**Basis for the claim:**

Taxing Authority

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | Check all that apply. | $0 | $0 |
| | Kentucky State Treasurer | ☐ Contingent | + Undetermined | + Undetermined |
| | Kentucky Department of Revenue | ☑ Unliquidated | | |
| | | ☐ Disputed | | |
| | Frankfort          KY          40619 | | | |

Date or dates debt was incurred

Basis for the claim:

Taxing Authority

Last 4 digits of account number

Is the claim subject to offset?

☐ No

☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___8___)

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | Check all that apply. | $0 | $0 |
| | Lake County Indiana Treasurer | ☐ Contingent | + Undetermined | + Undetermined |
| | 2293 N Main St | ☑ Unliquidated | | |
| | | ☐ Disputed | | |
| | Crown Point          IN          46307 | | | |

Date or dates debt was incurred

Basis for the claim:

Taxing Authority

Last 4 digits of account number

Is the claim subject to offset?

☐ No

☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___8___)

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | Check all that apply. | $0 | $0 |
| | Michigan Dept. of Treasury | ☐ Contingent | + Undetermined | + Undetermined |
| | P.O. Box 30199 | ☑ Unliquidated | | |
| | | ☐ Disputed | | |
| | Lansing          MI          48909 | | | |

Date or dates debt was incurred

Basis for the claim:

Taxing Authority

Last 4 digits of account number

Is the claim subject to offset?

☐ No

☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___8___)

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.35 | **Priority creditor's name and mailing address** | | |

| | | $0 | $0 |
|---|---|---|---|
| Missouri Dept. of Revenue | | + Undetermined | + Undetermined |

**Priority creditor's name and mailing address**

Missouri Dept. of Revenue

P.O. Box 475

Jefferson City        MO      65105

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Taxing Authority

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (   8   )**

---

| 2.36 | **Priority creditor's name and mailing address** | Total claim | Priority amount |
|---|---|---|---|
| | | $0 | $0 |
| | | + Undetermined | + Undetermined |

**Priority creditor's name and mailing address**

Newton County Tax Commissioner

1113 Usher St

NW #101

Covington        GA      30014

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Taxing Authority

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (   8   )**

---

| 2.37 | **Priority creditor's name and mailing address** | Total claim | Priority amount |
|---|---|---|---|
| | | $0 | $0 |
| | | + Undetermined | + Undetermined |

**Priority creditor's name and mailing address**

North Carolina Dept. of Revenue

Bankruptcy Unit

P.O. Box 1168

Raleigh        NC      27602-1168

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Taxing Authority

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (   8   )**

---

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.38**

**Priority creditor's name and mailing address**

NYC Dept. of Finance

P.O. Box 5070

Kingston          NY          12402-5070

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $0 | $0 |
| + Undetermined | + Undetermined |

**Date or dates debt was incurred**

**Basis for the claim:**

Taxing Authority

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.39**

**Priority creditor's name and mailing address**

NYC Dept. of Taxation and Finance

Bankruptcy Unit

P.O. Box 5300

Albany          NY          12205-0300

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $0 | $0 |
| + Undetermined | + Undetermined |

**Date or dates debt was incurred**

**Basis for the claim:**

Taxing Authority

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.40**

**Priority creditor's name and mailing address**

Pennsylvania Dept. of Revenue

110 N. Eighth St.

Suites 204A & B

Philadelphia          PA          19107-2412

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $0 | $0 |
| + Undetermined | + Undetermined |

**Date or dates debt was incurred**

**Basis for the claim:**

Taxing Authority

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| | | Total claim | Priority amount |
|---|---|---|---|

**2.41**

Priority creditor's name and mailing address

Porter County Clerk

3560 Willow Creek Road

Portage                    IN          46368

| | Total claim | Priority amount |
|---|---|---|
| | $0 | $0 |
| | + Undetermined | + Undetermined |

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Taxing Authority

Last 4 digits of account number

Is the claim subject to offset?

☐ No

☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)

---

**2.42**

Priority creditor's name and mailing address

Regional Income Tax Agency

P.O. Box 94951

Cleveland                  OH          44101

| | Total claim | Priority amount |
|---|---|---|
| | $0 | $0 |
| | + Undetermined | + Undetermined |

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Taxing Authority

Last 4 digits of account number

Is the claim subject to offset?

☐ No

☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)

---

**2.43**

Priority creditor's name and mailing address

Secretary of State

501 South Second Street

Room 300 Howlett Building

Springfield                IL          62756

| | Total claim | Priority amount |
|---|---|---|
| | $0 | $0 |
| | + Undetermined | + Undetermined |

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Taxing Authority

Last 4 digits of account number

Is the claim subject to offset?

☐ No

☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.44** | **Priority creditor's name and mailing address**

Sonitrol Tri-County

Department 9513

P.O. Box 30516

Lansing                MI        48909-8016

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $0 | $0 |
| + Undetermined | + Undetermined |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxing Authority

**Last 4 digits of account number**
_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (   8   )**

---

**2.45** | **Priority creditor's name and mailing address**

State Board of Equalization

Sales & Use Tax Division

P.O. Box 942879

Sacramento            CA        94279-0001

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $0 | $0 |
| + Undetermined | + Undetermined |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxing Authority

**Last 4 digits of account number**
_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (   8   )**

---

**2.46** | **Priority creditor's name and mailing address**

State Fire Marshall State of Illinois

1035 Stevenson Dr

Springfield            IL        62703

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $0 | $0 |
| + Undetermined | + Undetermined |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxing Authority

**Last 4 digits of account number**
_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (   8   )**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.47**

**Priority creditor's name and mailing address**

State of Michigan

MI Dept of Treasury

P.O. Box 30058

Lansing          MI          48909

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Total claim $0

+ Undetermined

Priority amount $0

+ Undetermined

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxing Authority

**Last 4 digits of account number**      _____

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)**

---

**2.48**

**Priority creditor's name and mailing address**

State of Ohio Dept. of Taxation

Bankruptcy Division

P.O. Box 530

Columbus          OH          43216-50530

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Total claim $0

+ Undetermined

Priority amount $0

+ Undetermined

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxing Authority

**Last 4 digits of account number**      _____

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)**

---

**2.49**

**Priority creditor's name and mailing address**

State of Washington Dept. of Revenue

Bankruptcy Division

2101 4Th Ave., Suite #1400

Seattle          WA          98121-2300

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Total claim $0

+ Undetermined

Priority amount $0

+ Undetermined

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxing Authority

**Last 4 digits of account number**      _____

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)**

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.50**

Priority creditor's name and mailing address

Tennessee Dept. of Revenue

Andrew Jackson State Bldg.

500 Deaderick St.

Nashville          TN        37242

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Total claim $0
+ Undetermined

Priority amount $0
+ Undetermined

Date or dates debt was incurred
_____

Last 4 digits of account number
_____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( __8__ )

Basis for the claim:
Taxing Authority

Is the claim subject to offset?

☐ No

☐ Yes

---

**2.51**

Priority creditor's name and mailing address

Texas  Dept. of Revenue

P.O. Box 13528

Capitol Station

Austin          TX        78711-3528

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Total claim $0
+ Undetermined

Priority amount $0
+ Undetermined

Date or dates debt was incurred
_____

Last 4 digits of account number
_____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( __8__ )

Basis for the claim:
Taxing Authority

Is the claim subject to offset?

☐ No

☐ Yes

---

**2.52**

Priority creditor's name and mailing address

The Town of Cicero

Attn: Collector's Office

4949 West Cermak Road

Cicero          IL        60804

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Total claim $0
+ Undetermined

Priority amount $0
+ Undetermined

Date or dates debt was incurred
_____

Last 4 digits of account number
_____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( __8__ )

Basis for the claim:
Taxing Authority

Is the claim subject to offset?

☐ No

☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

Town of Griffith

111 North Broad Street

Griffith              IN        46319-2294

Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $0 | $0 |
| + Undetermined | + Undetermined |

Date or dates debt was incurred

Basis for the claim:

Taxing Authority

Last 4 digits of account number

Is the claim subject to offset?

☐ No

☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)

---

| 2.54 | Priority creditor's name and mailing address |
|---|---|

Town of Munster

1005 Ridge Road

Munster              IN        46321-1849

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $0 | $0 |
| + Undetermined | + Undetermined |

Date or dates debt was incurred

Basis for the claim:

Taxing Authority

Last 4 digits of account number

Is the claim subject to offset?

☐ No

☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)

---

| 2.55 | Priority creditor's name and mailing address |
|---|---|

Tulsa County Treasurer

Dennis Semler

500 S Denver Ave

Tulsa              OK        74103-3899

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $0 | $0 |
| + Undetermined | + Undetermined |

Date or dates debt was incurred

Basis for the claim:

Taxing Authority

Last 4 digits of account number

Is the claim subject to offset?

☐ No

☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | Check all that apply. | $0 | $0 |
| | U.S. DOT Hazardous Materials Regist. | ☐ Contingent | + Undetermined | + Undetermined |
| | P.O. Box 70985 | ☑ Unliquidated | | |
| | | ☐ Disputed | | |
| | Charlotte        NC      28272-0985 | | | |

Date or dates debt was incurred

Basis for the claim:

Taxing Authority

Last 4 digits of account number

Is the claim subject to offset?

☐ No

☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (   8   )

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | Check all that apply. | $0 | $0 |
| | U.S. Social Security Administration | ☐ Contingent | + Undetermined | + Undetermined |
| | 9715 South Cottage Grove | ☑ Unliquidated | | |
| | | ☐ Disputed | | |
| | Chicago          IL      60619 | | | |

Date or dates debt was incurred

Basis for the claim:

Taxing Authority

Last 4 digits of account number

Is the claim subject to offset?

☐ No

☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (   8   )

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | Check all that apply. | $0 | $0 |
| | United States Treasury - IRS | ☐ Contingent | + Undetermined | + Undetermined |
| | P.O. Box 804525 | ☑ Unliquidated | | |
| | | ☐ Disputed | | |
| | Cincinnati       OH      45280-4525 | | | |

Date or dates debt was incurred

Basis for the claim:

Taxing Authority

Last 4 digits of account number

Is the claim subject to offset?

☐ No

☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (   8   )

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | US Dept. of HHS-CMS | ☐ Contingent | $0 | $0 |
| | 7500 Security Blvd | ☑ Unliquidated | + Undetermined | + Undetermined |
| | Baltimore          MD      21244 | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
Taxing Authority

Last 4 digits of account number

Is the claim subject to offset?

☐ No

☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Village of Franklin Park | ☐ Contingent | $0 | $0 |
| | Attn: Building Dept | ☑ Unliquidated | + Undetermined | + Undetermined |
| | 9500 Belmont Ave. | ☐ Disputed | | |
| | Franklin Park      IL      60131 | | | |

Date or dates debt was incurred

Basis for the claim:
Taxing Authority

Last 4 digits of account number

Is the claim subject to offset?

☐ No

☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Village of South Holland | ☐ Contingent | $0 | $0 |
| | 16226 Wausau Ave | ☑ Unliquidated | + Undetermined | + Undetermined |
| | South Holland      IL      60473 | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
Taxing Authority

Last 4 digits of account number

Is the claim subject to offset?

☐ No

☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|------|------|------|------|------|

**2.62**

Priority creditor's name and mailing address

West Virginia Dept. of Revenue

Taxpayer Services

1206 Quarrier Street

Charleston          WV      25301

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|------|------|
| $0 | $0 |
| + Undetermined | + Undetermined |

Date or dates debt was incurred
_____

Basis for the claim:
Taxing Authority

Last 4 digits of account number       _____

Is the claim subject to offset?

☐ No

☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___8___)

---

**2.63**

Priority creditor's name and mailing address

Wisconsin Dept. of Revenue

Attn: Bankruptcy Unit

P.O. Box 8901

Madison          WI      53708-8901

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|------|------|
| $0 | $0 |
| + Undetermined | + Undetermined |

Date or dates debt was incurred
_____

Basis for the claim:
Taxing Authority

Last 4 digits of account number       _____

Is the claim subject to offset?

☐ No

☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___8___)

---

**Part 2:       List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of**

**3.1**

Nonpriority creditor's name and mailing address

Accurate Safety Distributors, Inc

10320 N Thor Drive

Freeland          MI      48623

Date or dates debt was incurred

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Trade Payable

| Amount of claim |
|------|
| $35 |

_____

**Last 4 digits of account number**     _____

**Is the claim subject to offset?**

☐ No
☐ Yes

| Amount of claim |
| --- |

| | | | |
| --- | --- | --- | --- |
| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28,704 |

Admiral Merchants Motor Freight, Inc.

P.O. Box 643575

_____

Cincinnati          OH     45264

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Trade Payable

_____

**Last 4 digits of account number**     _____

**Is the claim subject to offset?**

☐ No
☐ Yes

| Amount of claim |
| --- |

| | | | |
| --- | --- | --- | --- |
| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $108 |

Advance Urgent Care & Walkin Clinic

P.O.Box 2280,

_____

Brighton          MA     48116

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Trade Payable

_____

**Last 4 digits of account number**     _____

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| | | $1,213 |

**3.4** Nonpriority creditor's name and mailing address

Advanced Disposal

P.O. Box 74008047

Chicago          IL      60674

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| | | $1,608 |

**3.5** Nonpriority creditor's name and mailing address

Air Center

1201 E. Whitcomb Ave.

Madison Heights   MI    48071

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| | | $1,746 |

**3.6** Nonpriority creditor's name and mailing address

Alcona Tool & Machine Inc

P.O. Box 340

Lincoln          MI      48742

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| **3.7** | **Nonpriority creditor's name and mailing address** | $1,659 |

**3.7**

**Nonpriority creditor's name and mailing address**

Allied-Eagle Supply Co.(Sf Strong)

1801 Howard St

Detroit          MI     48216

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**   $1,659

---

**3.8**

**Nonpriority creditor's name and mailing address**

Alro Steel Corporation

Dept. 771478

P.O. Box 77000

Detroit          MI     48277

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**   $2,995

---

**3.9**

**Nonpriority creditor's name and mailing address**

Alta Equipment

25538 Network Place

Chicago          IL     60673

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**   $3,109

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

| 3.10 | Nonpriority creditor's name and mailing address | | Amount of claim |
|---|---|---|---|
| | | | $3,780 |

**Nonpriority creditor's name and mailing address**

Aluminum Machining Technologies, Inc

4631 Bentley Lake Road

Howell          MI      48843

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.11 | | Amount of claim |
|---|---|---|
| | | $338 |

**Nonpriority creditor's name and mailing address**

Am-Dyn-Ic Fluid Power

25340 Terra Industrial Dr

New Baltimore      MI      48051

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.12 | | Amount of claim |
|---|---|---|
| | | $1,768 |

**Nonpriority creditor's name and mailing address**

American Transport Inc

P.O. Box 640469

Pittsburgh          PA      15264

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|
| **3.13** | **Nonpriority creditor's name and mailing address** | $789 |

**As of the petition filing date, the claim is:**
Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Anchor Wiping Cloth Co.

P.O. Box 34757

Detroit          MI      48234

**Basis for the claim:**
Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| | | Amount of claim |
|---|---|---|
| **3.14** | **Nonpriority creditor's name and mailing address** | $1,699 |

**As of the petition filing date, the claim is:**
Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Argecy Computer Corp

6016 West Maple Road

Suite 710

West Bloomfield    MI     48322

**Basis for the claim:**
Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| | | Amount of claim |
|---|---|---|
| **3.15** | **Nonpriority creditor's name and mailing address** | $0 |
| | | + Undetermined |

**As of the petition filing date, the claim is:**
Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Attn Jacqueline Lauinger

444 PINECLIFF COURT

WATERFORD       MI     48327

**Basis for the claim:**
Litigation

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| | | Amount of claim |
|---|---|---|

**3.16** Nonpriority creditor's name and mailing address

Attn Thomas M. Lauinger

MARK TWAIN PLAZA II.

103 W VANDALIA ST  SUITE 212

EDWARDSVILLE IL        62025

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

Litigation

Is the claim subject to offset?

☐ No
☐ Yes

Amount of claim: $0
+ Undetermined

---

**3.17** Nonpriority creditor's name and mailing address

B&H Machine Inc

P.O. Box 96

Minerva                OH        44657

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Trade Payable

Is the claim subject to offset?

☐ No
☐ Yes

Amount of claim: $1,253

---

**3.18** Nonpriority creditor's name and mailing address

Baker & Mckenzie

300 E. Randolph St.

Suite 5000

Chicago                IL        60601

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Trade Payable

Is the claim subject to offset?

☐ No
☐ Yes

Amount of claim: $1,367

| | | Amount of claim |
|---|---|---|
| | | $17,643 |

**3.19** | **Nonpriority creditor's name and mailing address**

Bearing Distributors Inc

P.O. Box 74069

Cleveland          OH      44194

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|
| | | $346 |

**3.20** | **Nonpriority creditor's name and mailing address**

Bell Fork Lift, Inc

34660 Centaur

Clinton Township  MI    48035

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|
| | | $597 |

**3.21** | **Nonpriority creditor's name and mailing address**

Bentley Systems Inc

P.O. Box 828836

Philadelphia        PA      19182

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| 3.22 | | $1,070 |

**3.22**

**Nonpriority creditor's name and mailing address**

Berendsen Fluid Power

401 S. Boston Ave.

Suite 1200

Tulsa          OK      74103

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Amount of claim |
|---|
| $3,824 |

**3.23**

**Nonpriority creditor's name and mailing address**

Bradley Co

703 Annoreno

Suite 5

Addison          IL      60101

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Amount of claim |
|---|
| $664 |

**3.24**

**Nonpriority creditor's name and mailing address**

Brake Products Inc

P.O. Box 23547

16751 Hilltop Park Place

Chagrin Falls          OH      44023

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Amount of claim |
|---|---|
| | $315 |

**3.25** | **Nonpriority creditor's name and mailing address**

Brass Hat

7201 Warren Rd.

Ann Arbor          MI          48105

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | Amount of claim |
|---|---|
| | $28 |

**3.26** | **Nonpriority creditor's name and mailing address**

Business Credit Reports, Inc.

1645 Nashville Pike

Gallatin          TN          37066

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | Amount of claim |
|---|---|
| | $908 |

**3.27** | **Nonpriority creditor's name and mailing address**

Cap Collet & Tool Company

4082 6th Street

Wyandotte          MI          48192

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | | Amount of claim |
|---|---|---|---|

**3.28** Nonpriority creditor's name and mailing address

Cardinal Transport Inc

7180 E. Reed Road

P.O. Box 6

Coal City          IL      60416

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim** $12,643

---

**3.29** Nonpriority creditor's name and mailing address

Carelton-Bates Company

P.O. Box 676182

Dallas          TX      75267

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim** $71

---

**3.30** Nonpriority creditor's name and mailing address

Central Steel & Wire Co

P.O. Box 5100

Chicago          IL      60680

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim** $1,073

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim $39,510 |
|---|---|---|---|

**3.31** Nonpriority creditor's name and mailing address

Century Chemical Corporation

5844 Reliable Parkway

Chicago          IL          60686

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim** $39,510

---

**3.32** Nonpriority creditor's name and mailing address

Century Specialties

2410 West Aero Park Court

Traverse City          MI          49686

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim** $18,758

---

**3.33** Nonpriority creditor's name and mailing address

Cintas Corporation

P.O. Box 631025

Cincinnati          OH          45263

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim** $782

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**

| | | Amount of claim |
|---|---|---|
| **3.34** | **Nonpriority creditor's name and mailing address** | $32,960 |

City of South Lyon

335 S. Warren

South Lyon          MI          48178

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| **3.35** | **Nonpriority creditor's name and mailing address** | $499 |

Cleanlites Recycling Inc

665 Hull Road

Mason          MI          48854

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| **3.36** | **Nonpriority creditor's name and mailing address** | $121,581 |

Constellation Newenergy, Inc.

14217 Collections Center Dr

Chicago          IL          60693

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|
| | | Check all that apply. | $21,359 |

Consumers Energy

P.O. Box 30090

Acct# 04 18 02 1523 02 6

Lansing             MI        48909

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

Trade Payable

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|
| | | Check all that apply. | $34,986 |

Core Electric

25125 West Outer Drive

Melvindale        MI        48122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

Trade Payable

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|
| | | Check all that apply. | $115 |

Corporate Creations

11380 Prosperity Farms Road

#221 E

Palm Beach Gardens FL      33410

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

Trade Payable

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|
| **3.40** | **Nonpriority creditor's name and mailing address** | $6,783 |

**As of the petition filing date, the claim is:**
Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Country Water Treatment, Inc

13658 Ten Mile

South Lyon          MI          48178

**Basis for the claim:**
Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number**

---

| | | Amount of claim |
|---|---|---|
| **3.41** | **Nonpriority creditor's name and mailing address** | $14,074 |

**As of the petition filing date, the claim is:**
Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Crane 1 Services

P.O. Box 713706

Cincinnati          OH          45271

**Basis for the claim:**
Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number**

---

| | | Amount of claim |
|---|---|---|
| **3.42** | **Nonpriority creditor's name and mailing address** | $21,055 |

**As of the petition filing date, the claim is:**
Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Crane Roofing Inc.

45150 Woodward Ave.

Pontiac          MI          48341

**Basis for the claim:**
Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number**

| | | Amount of claim |
|---|---|---|
| **3.43** | **Nonpriority creditor's name and mailing address** | $84,420 |

CRST Logistics Inc.

P.O. Box 71573

Chicago          IL          60694

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| **3.44** | **Nonpriority creditor's name and mailing address** | $840 |

Cz Cartage, Inc.

48735 Grand River Ave.

Novi          MI          48374

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| **3.45** | **Nonpriority creditor's name and mailing address** | $6,009 |

D.J Conley

2694 Elliott Avenue

Troy          Mi          48083

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| 3.46 | | $102,099 |

**3.46**

**Nonpriority creditor's name and mailing address**

Damascus Steel Casting Co.

1946 Blockhouse Road Run Ext.

P.O. Box 257

New Brighton        PA        15066

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| Amount of claim |
|---|
| $1,128 |

**3.47**

**Nonpriority creditor's name and mailing address**

Dayton Freight

P.O. Box 340

Vandalia        OH        45377

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| Amount of claim |
|---|
| $261 |

**3.48**

**Nonpriority creditor's name and mailing address**

De Lage Landen

P.O. Box 41602

Philadelphia        PA        19101

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| | | Amount of claim |
|---|---|---|
| **3.49** | | $480 |

**Nonpriority creditor's name and mailing address**

Diamond Chrome Plating Inc

P.O. Box  557

Howell                MI      48844

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| **3.50** | | $1,199 |

**Nonpriority creditor's name and mailing address**

Digital Document Store, The

1100 E Commerce

Milford                MI      48381

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| **3.51** | | $2,179 |

**Nonpriority creditor's name and mailing address**

Dsyntax

7014 N Rockwell St

Chicago                IL      60645

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|------|--------------------------------------------------|-----------------------------------------------|-----------------|

**3.52** **Nonpriority creditor's name and mailing address**

Dte Energy

P.O. Box 630795

Acct# 00021042-7

Cincinnati          OH          45263

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Amount of claim** $22,570

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.53** **Nonpriority creditor's name and mailing address**

Dw Sales

6594 Diplomat

Sterling Heights        MI        48314

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Amount of claim** $277

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.54** **Nonpriority creditor's name and mailing address**

E & R Industrial Sales

16294 Collection Center

Chicago          IL          60693

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Amount of claim** $98

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|
| | | Check all that apply. | $1,697 |

Easton Telecom Services LLC

P.O. Box 72032

Cleveland          OH      44192

**Date or dates debt was incurred**

**Last 4 digits of account number**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|
| | | Check all that apply. | $4,080 |

Edwards Transfer & Storage Co

P.O. Box 313

Rootstown          OH      44272

**Date or dates debt was incurred**

**Last 4 digits of account number**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|
| | | Check all that apply. | $300 |

Euler Hermes Services North America

c/o Finance Dept.

800 Red Brook Blvd

Owings Mills          MD      21117

**Date or dates debt was incurred**

**Last 4 digits of account number**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| | | $9,385 |

3.58

**Nonpriority creditor's name and mailing address**

Exotic Automation & Supply

34700 Grand River Ave

Farmington Hills    MI    48335

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|
| | | $1,418 |

3.59

**Nonpriority creditor's name and mailing address**

Export Corporation

6060 Whitmore Lk Rd

Brighton    MI    48116

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|
| | | $1,618 |

3.60

**Nonpriority creditor's name and mailing address**

Fastenal Company

P.O. Box 1286

Winona    MN    55987

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|
| **3.61** | **Nonpriority creditor's name and mailing address** | $383 |

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Fed Ex

P.O. Box 371461

Pittsburgh          PA      15250

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | Amount of claim |
|---|---|---|
| **3.62** | **Nonpriority creditor's name and mailing address** | $300 |

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Fellon-Mc Cord

10200 Forest Green Blvd

Suite 601

Louisville          KY      40223

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | Amount of claim |
|---|---|---|
| **3.63** | **Nonpriority creditor's name and mailing address** | $1,961 |

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Flo Tec

13033 Fairlane

Livonia          MI      48150

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | Amount of claim |
|---|---|---|
| **3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $700 |

**3.64** **Nonpriority creditor's name and mailing address**

Flor-Dri Supply Co

5450 West Jefferson

Detroit          MI       48209

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim**
$700

---

**3.65** **Nonpriority creditor's name and mailing address**

Fluid Process Automation

22253 Courtney Road

Alliance          OH       44601

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim**
$1,469

---

**3.66** **Nonpriority creditor's name and mailing address**

Forberg Scientific Inc

P.O. Box 634380

Cincinnati          OH       45263

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim**
$485

---

| | | Amount of claim |
|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** | $9,754 |

Forged Products, Inc.

6505 N Houston Rosslyn Rd

Houston          TX     77091

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address** | $4,458 |

Franklin Brazing & Metal Treating

P.O. Box 25

Middletown          OH     45042

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address** | $2,981 |

Galloup (Formerly Jo Galloup)

P.O. Box 671121

Detroit          MI     48267

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|
| | | Check all that apply. | $11,456 |

Ge Betz, Inc.

7796 Collection Center Dr.

Chicago            IL       60693

**Date or dates debt was incurred**

**Last 4 digits of account number**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|
| | | Check all that apply. | $471,650 |

Gerdau Macsteel

Dept. #79901

P.O. Box 67000

Detroit            MI       48267

**Date or dates debt was incurred**

**Last 4 digits of account number**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|
| | | Check all that apply. | $531 |

Gexpro

P.O. Box 100275

Atlanta            GA       30384

**Date or dates debt was incurred**

**Last 4 digits of account number**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| | | Amount of claim |
|---|---|---|
| | | $10,315 |

**3.73** | **Nonpriority creditor's name and mailing address**

Global Environmental Consulting

P.O. Box 855

Manchester         MI      48158

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|
| | | $270 |

**3.74** | **Nonpriority creditor's name and mailing address**

Governor Business Solutions

15260 Commerce Dr South

Dearborn          MI      48120

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|
| | | $14,007 |

**3.75** | **Nonpriority creditor's name and mailing address**

Grainger

5862 Harrison AVE

Rockford          IL      61108

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address** | $1,163 |

Great Lakes Process Controls, Inc

23399 Commerce Drive

Suite B5

Farmington Hills    MI    48335

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|
| 3.77 | **Nonpriority creditor's name and mailing address** | $5,299 |

Gutherie Lumber

P.O. Box 673123

Detroit          MI    48267

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address** | $2,008 |

H.H. Barnum Co.

7915 Lochlin Dr

Brighton          MI    48116

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| 3.79 | **Nonpriority creditor's name and mailing address** | $24,375 |

**Nonpriority creditor's name and mailing address**

Haddad International

5000 Wyoming

Suite 111

Dearborn          MI      48126

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address** | $5,000 |

Hancock Properties, LLC

17275 Huron River Drive

New Boston          MI      48164

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address** | $3,900 |

Harris Oil

43963 Grand River

Novi          MI      48375

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| | | | $685 |

**3.82**

Nonpriority creditor's name and mailing address

Harry Miller Corp

4309 N Lawrence St

Philadelphia          PA          19140

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade Payable

Is the claim subject to offset?
☐ No
☐ Yes

**Amount of claim**

$685

---

**3.83**

Nonpriority creditor's name and mailing address

He Lennon

23920 Freeway Park Dr

Farmington Hills    MI    48335

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade Payable

Is the claim subject to offset?
☐ No
☐ Yes

**Amount of claim**

$31

---

**3.84**

Nonpriority creditor's name and mailing address

Herc Rentals Inc

P.O. Box 650280

Dallas          TX          75265

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade Payable

Is the claim subject to offset?
☐ No
☐ Yes

**Amount of claim**

$651

---

| | | Amount of claim |
|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address** | $1,054 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Hilti Inc

5400 S. 122Nd East Ave.

Tulsa                OK      74146

**Basis for the claim:**

Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | Amount of claim |
|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address** | $20,970 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Houghton International Inc

24543 Network Place

Chicago              IL      60673

**Basis for the claim:**

Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | Amount of claim |
|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address** | $3,937 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Huron Lime

P.O. Box 840033

Kansas City          MO      64184

**Basis for the claim:**

Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | Amount of claim |
|---|---|---|
| 3.88 | **Nonpriority creditor's name and mailing address** | $6,884 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Hydrochem

P.O. Box 952304

Dallas          TX      75395

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address** | $1,544 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Ibm

P.O. Box 643600

Pittsburgh        PA      15264

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|
| 3.90 | **Nonpriority creditor's name and mailing address** | $372 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Informs

13055 Riley St.

Holland          MI      49424

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|

**3.91** Nonpriority creditor's name and mailing address

Instron Corporation

75 Remittance Dr.

Suite 6826

Chicago          IL        60675

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

Amount of claim: **$1,445**

---

| | | Amount of claim |
|---|---|---|

**3.92** Nonpriority creditor's name and mailing address

Irwin Car

9953 Broadway St

Irwin          PA        15642

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

Amount of claim: **$1,787**

---

| | | Amount of claim |
|---|---|---|

**3.93** Nonpriority creditor's name and mailing address

Jh Bennett & Co

P.O. Box 8028

Novi          MI        48376

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

Amount of claim: **$330**

---

| | | Amount of claim |
|---|---|---|
| 3.94 | Nonpriority creditor's name and mailing address | $25,645 |

**3.94**

Nonpriority creditor's name and mailing address

Jones Motor Company, Inc

P.O. Box 200

Spring City          PA          19475

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**          $25,645

---

**3.95**

Nonpriority creditor's name and mailing address

K&C Transport

PO Box 145

7180 E Reed Road

Coal City          IL          60415

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**          $600

---

**3.96**

Nonpriority creditor's name and mailing address

Kelley Drye & Warren LLP

Attn:  Treasurer's Dept.

101 Park Ave.

New York          NY          10178

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**          $2,124

---

| | | Amount of claim |
|---|---|---|
| 3.97 | **Nonpriority creditor's name and mailing address** | $1,919 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Know Advertising LLC

422 W. 11 Mile Rd.

Royal Oak          MI          48067

**Basis for the claim:**

Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | Amount of claim |
|---|---|---|
| 3.98 | **Nonpriority creditor's name and mailing address** | $4,582 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Kronos

P.O. Box 743208

Atlanta          GA          30374

**Basis for the claim:**

Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | Amount of claim |
|---|---|---|
| 3.99 | **Nonpriority creditor's name and mailing address** | $195 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Libra Industries

P.O. Box 1105

Jackson          MI          49204

**Basis for the claim:**

Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.100 | Nonpriority creditor's name and mailing address | | Amount of claim |
|---|---|---|---|
| | | | $95 |

**3.100**

Nonpriority creditor's name and mailing address

Lightning Lawn & Landscape

P.O. Box 875

South Lyon          MI      48178

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim**      $95

---

**3.101**

Nonpriority creditor's name and mailing address

Lincoln Machine Company Inc

P.O. Box 478

Salem              OH      44460

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim**      $839

---

**3.102**

Nonpriority creditor's name and mailing address

Linde

88718 Expedite Way

Chicago            IL      60695

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim**      $51,590

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|
| | | | $42,989 |

Lyon Mechanical

P.O. Box 130

New Hudson        MI        48165

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | | Amount of claim |
|---|---|---|---|
| | | | $1,031 |

Macomb Group - Livonia

Dept. # 166401

P.O. Box 67000

Detroit        MI        48267

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | | Amount of claim |
|---|---|---|---|
| | | | $373 |

Madison Electric

31855 Van Dyke

Warren        MI        48093

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|
| | | | $41,959 |

**3.106** Nonpriority creditor's name and mailing address

Magnetic Analysis Corporation

P.O. Box 95000-5740

Philadelphia          PA          19195

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim**
$41,959

---

**3.107** Nonpriority creditor's name and mailing address

Mainline Information Systems Inc

P.O. Box 402989

Atlanta          GA          30384

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim**
$2,761

---

**3.108** Nonpriority creditor's name and mailing address

Make A Wish Foundation

c/o Chicago Tube & Iron

One Chicago Tube Drive

Romeoville          IL          60446

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim**
$250

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| | | | $4,021 |

**3.109** Nonpriority creditor's name and mailing address

Markem-Image Corporation

P.O. Box 3542

Boston          MA     02241

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Amount of claim** $4,021

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.110** Nonpriority creditor's name and mailing address

Martin Marietta Magnesia Specialties

P.O. Box 93186

Chicago          IL     60673

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Amount of claim** $34,573

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.111** Nonpriority creditor's name and mailing address

Martin's Do It Best

22970 Pontiac Trail

South Lyon          MI     48178

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Amount of claim** $780

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** | $1,217 |

**Nonpriority creditor's name and mailing address**

Mcmaster-Carr Supply Company

P.O. Box 7690

Chicago                IL        60680

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|
| 3.113 | | $20,646 |

**Nonpriority creditor's name and mailing address**

Mcnaughton-Mckay Electric Company

Dept. 14801

P.O. Box 67000

0                0        Detroit

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|
| 3.114 | | $430 |

**Nonpriority creditor's name and mailing address**

Media Valve Co., Inc

P.O. Box 2115

Fort Worth          TX        76113

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** | $25,418 |

**As of the petition filing date, the claim is:**
Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Mel Lestock & Associates, LLC

28706 Wall Street

Wixom          MI      48393

**Basis for the claim:**
Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number**

---

| | | Amount of claim |
|---|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address** | $2,875 |

**As of the petition filing date, the claim is:**
Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Mercer Transportation Company

P.O. Box 644011

Pittsburgh          PA      15264

**Basis for the claim:**
Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number**

---

| | | Amount of claim |
|---|---|---|
| 3.117 | **Nonpriority creditor's name and mailing address** | $3,660 |

**As of the petition filing date, the claim is:**
Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Metro Welding Supply Co

12620 Southfield Rd.

Detroit          MI      48223

**Basis for the claim:**
Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number**

| | |
|---|---|
| **3.118** | **Nonpriority creditor's name and mailing address** |

Michigan Dept. of Environmental Quality

Constitution Hall - 525 Allegan Street

P.O. Box 30473

Lansing                    MI        48909

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Environmental Claim

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$0

+ Undetermined

---

| | |
|---|---|
| **3.119** | **Nonpriority creditor's name and mailing address** |

Michigan Manufacturing Tech Center

45501 Helm St

Plymouth                 MI        48170

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$2,800

---

| | |
|---|---|
| **3.120** | **Nonpriority creditor's name and mailing address** |

Midwest Industrial Lumber Inc

P.O. Box 522

Byron Center            Mi        49315

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$3,033

---

| 3.121 | Nonpriority creditor's name and mailing address | Amount of claim |
|---|---|---|
| | | $1,807 |

Mill & Motion, Inc

5415 E. Schaaf Rd

Independence        OH      44131

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | Amount of claim |
|---|---|---|
| | | $17,550 |

Miller Centrifugal Casting Co Aka Mcc

MCC International, Inc.

110 Centrifugal Court

McDonald        PA      15057

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | Amount of claim |
|---|---|---|
| | | $3,584 |

Modern Machine Tool Co

2005 Losey Ave

Jackson        MI      49203

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | | Amount of claim |
|---|---|---|---|
| | | | $1,606 |

**As of the petition filing date, the claim is:**
Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Motion Industries Inc

Box 504606

St. Louis          MO      63150

**Basis for the claim:**

Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

**Last 4 digits of account number**

---

| 3.125 | Nonpriority creditor's name and mailing address | | Amount of claim |
|---|---|---|---|
| | | | $134 |

**As of the petition filing date, the claim is:**
Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Msc Industrial Supply

P.O. Box 382070

Pittsburgh          PA      15250

**Basis for the claim:**

Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

**Last 4 digits of account number**

---

| 3.126 | Nonpriority creditor's name and mailing address | | Amount of claim |
|---|---|---|---|
| | | | $18,803 |

**As of the petition filing date, the claim is:**
Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

National Industrial Supply Co

1201 Rochester Rd

Troy          MI      48083

**Basis for the claim:**

Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

**Last 4 digits of account number**

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

| | 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|---|

| 3.127 |
|---|

Nonpriority creditor's name and mailing address

Ncoc

21251 Meyers

Oak Park          MI      48237

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim**
$24,642

---

| 3.128 |
|---|

Nonpriority creditor's name and mailing address

Newcomb Spring of Connecticut

P.O. Box 890819

Charlotte          NC      28289

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim**
$5,396

---

| 3.129 |
|---|

Nonpriority creditor's name and mailing address

Newesco Metal & Tubes, Inc.

Attn Bob Kvithammer

P.O. Box 13244

Mill Creek          WA      98082

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim**
$3,169

---

| 3.130 | Nonpriority creditor's name and mailing address | | Amount of claim |
|---|---|---|---|
| | | | $1,945 |

**3.130**

**Nonpriority creditor's name and mailing address**

Numatics

23486 Network Place

Chicago          IL      60673

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**Amount of claim**

$277

**3.131**

**Nonpriority creditor's name and mailing address**

Office Depot

P.O. Box 88040

Chicago          IL      60680

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**Amount of claim**

$2,145

**3.132**

**Nonpriority creditor's name and mailing address**

Office Express

1280 East Big Beaver Rd

Suite A

Troy            MI      48083

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| 3.133 | **Nonpriority creditor's name and mailing address** | $4,975 |

| | |
|---|---|
| Ohio Transport Corporation | |
| P.O. Box 74022 | |
| | |
| Cleveland          OH     44194 | |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|
| 3.134 | **Nonpriority creditor's name and mailing address** | $2,180 |

| | |
|---|---|
| Oilgear Co | |
| 1424 International Drive | |
| | |
| Traverse City      MI     49686 | |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|
| 3.135 | **Nonpriority creditor's name and mailing address** | $68 |

| | |
|---|---|
| Omega Engineering Inc | |
| 26904 Network Place | |
| | |
| Chicago          IL     60673 | |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

| | 3.136 | **Nonpriority creditor's name and mailing address** | |
|---|---|---|---|

**Amount of claim**

$74

3.136

**Nonpriority creditor's name and mailing address**

Onesource Water LLC

P.O. Box 677867

Dallas          TX     75267

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**Amount of claim**

$248

3.137

**Nonpriority creditor's name and mailing address**

Orkin Pest Control

2640 E. 84Th Place

Merrillville          IN     46410

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**Amount of claim**

$19,016

3.138

**Nonpriority creditor's name and mailing address**

Otp Industrial Solutions

P.O. Box 73278

Cleveland          OH     44193

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | | Amount of claim |
|---|---|---|---|
| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $387 |

Pepper Hamilton LLP

4000 Town Center

Suite 1800

Southfield          MI      48075

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

Trade Payable

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | | Amount of claim |
|---|---|---|---|
| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $310 |

Pilger Mill Consulting

1855 E Main St

Suite 14, #120

Spartenburg       SC      29307

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

Trade Payable

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | | Amount of claim |
|---|---|---|---|
| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $543 |

Polymer Molding Inc.

1655 West 20th Street

Erie              PA      16502

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

Trade Payable

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.142 | Nonpriority creditor's name and mailing address | | Amount of claim |
|---|---|---|---|

**3.142** Nonpriority creditor's name and mailing address

Ppg Architectural Coatings

P.O. Box 536864

Atlanta             GA       30353

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim**                $124

---

**3.143** Nonpriority creditor's name and mailing address

Production Tool Supply

P.O. Box 670587

Detroit             MI       48267

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim**                $18,715

---

**3.144** Nonpriority creditor's name and mailing address

Professional Pump, Inc.

41300 Coca Cola Dr

Belleville          MI       48111

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim**                $110

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim $1,279 |
|---|---|---|---|

**3.145**

Nonpriority creditor's name and mailing address

Promet Consulting

1802 W Berteau Ave.

Suite 209

Chicago          IL          60613

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Amount of claim**

$1,279

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.146**

Nonpriority creditor's name and mailing address

Providence Occupational Health Partners

22255 Greenfield Road

Suite 422

Southfield          MI          48075

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Amount of claim**

$632

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.147**

Nonpriority creditor's name and mailing address

Purvis & Foster

9640 Grinnell St

Detroit          MI          48213

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Amount of claim**

$1,233

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| | | Amount of claim |
|---|---|---|
| 3.148 | **Nonpriority creditor's name and mailing address** | $30,530 |

Pvs-Nolwood Chemicals, Inc

25210 Network Place

Chicago          IL          60673

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| 3.149 | **Nonpriority creditor's name and mailing address** | $25,336 |

Quality Pipe Products, Inc.

17275 Huron River Drive

P.O. Box 667

New Boston          MI          48164

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| 3.150 | **Nonpriority creditor's name and mailing address** | $164 |

Rad-Con

13001 Athens Ave.

Suite 300

Cleveland          OH          44107

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| 3.151 | **Nonpriority creditor's name and mailing address** | $22,229 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Randcom Inc

13770 Merriman Road

Livonia          MI          48150

**Basis for the claim:**
Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | Amount of claim |
|---|---|---|
| 3.152 | **Nonpriority creditor's name and mailing address** | $25,997 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Rapid Cure Technologies

7030 Fly Road

Syracuse          NY          13057

**Basis for the claim:**
Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | Amount of claim |
|---|---|---|
| 3.153 | **Nonpriority creditor's name and mailing address** | $2,751 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Ratio Machining

12140 Woodbine Street

Redford          MI          48239

**Basis for the claim:**
Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | Amount of claim |
|---|---|---|
| 3.154 | **Nonpriority creditor's name and mailing address** | $15,469 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Republic Services

P.O. Box 9001099

Louisville          KY     40290

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | Amount of claim |
|---|---|---|
| 3.155 | **Nonpriority creditor's name and mailing address** | $128 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Rm Wright Co Inc

23910 Freeway Park Drive

Farmington Hills    MI    48335

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | Amount of claim |
|---|---|---|
| 3.156 | **Nonpriority creditor's name and mailing address** | $0 |
| | | + Undetermined |

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Roger Prevo

5987 Meadowgreene Drive

Waterford Township  MI   48327

**Date or dates debt was incurred**

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | Amount of claim |
|---|---|---|
| 3.157 | Nonpriority creditor's name and mailing address | $175 |

**Nonpriority creditor's name and mailing address**

Rojo Industrial Inc.

22817 Heslip Dr.

Novi                    MI        48375

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**Amount of claim** $9,245

3.158 **Nonpriority creditor's name and mailing address**

Rose Excavating

510 Dorothy St

South Lyon              MI        48178

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**Amount of claim** $9,230

3.159 **Nonpriority creditor's name and mailing address**

Rti Laboratories Inc.

31628 Glendale St

Livonia                 MI        48150

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| 3.160 | **Nonpriority creditor's name and mailing address** | $485 |

S. Sterling Co.

102  International Dr

Peachtree          GA      30269

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|
| 3.161 | **Nonpriority creditor's name and mailing address** | $7,250 |

Samuel Strapping Systems Inc.

P.O. Box 673042

Detroit          MI      48267

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|
| 3.162 | **Nonpriority creditor's name and mailing address** | $3,306 |

Scanacon Inc

950 Wales Drive

Harville          OH      44632

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|
| | | $98 |

3.163 **Nonpriority creditor's name and mailing address**

Service Filtration Corp

P.O. Box 95367

Palatine          IL      60095

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| | | $180 |

3.164 **Nonpriority creditor's name and mailing address**

South Lyon Flowers And Gifts

22331 Pontiac Trail

South Lyon          MI      48178

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| | | $199 |

3.165 **Nonpriority creditor's name and mailing address**

South Lyon Parts Plus

381 N Reese St

South Lyon          MI      48178

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| **3.166** | | $1,889,523 |

**3.166**

**Nonpriority creditor's name and mailing address**

Steel Dynamics, Inc.

36655 Treasury Center

Chicago            IL        60694

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Amount of claim |
|---|
| $0 |
| + Undetermined |

**3.167**

**Nonpriority creditor's name and mailing address**

Steelworkers Pension Trust

7 Neshaminy Interplex Dr

Bensalem            PA        19020

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Pension Obligation

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Amount of claim |
|---|
| $3,128 |

**3.168**

**Nonpriority creditor's name and mailing address**

Sun Steel Treating

P.O. Box 759

South Lyon            MI        48178

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

| | | Amount of claim |
|---|---|---|
| 3.169 | Nonpriority creditor's name and mailing address | $817 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Sunsource

23851 Network Place

Chicago          IL      60673

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | Amount of claim |
|---|---|---|
| 3.170 | Nonpriority creditor's name and mailing address | $1,211 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Sun-Tec

46590 Ryan Ct.

Novi          MI      48377

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | Amount of claim |
|---|---|---|
| 3.171 | Nonpriority creditor's name and mailing address | $450 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Suntel Services

1095 Crooks Road

Suite 100

Troy          MI      48084

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| | | | Amount of claim |
|---|---|---|---|
| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $406 |

Super Bright Leds, Inc

4400 Earth City Expressway

St. Louis          MO      63045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | | Amount of claim |
|---|---|---|---|
| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,324 |

Superior Business Solutions

P.O. Box 3249

Kalamazoo          MI      49003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | | Amount of claim |
|---|---|---|---|
| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $126 |

Svs Vision

Attn: Accounts Receivable

140 Macomb

Mt. Clemens          MI      48043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| 3.175 | **Nonpriority creditor's name and mailing address** | $33 |

| | |
|---|---|
| Tapeman | |
| P.O. Box 250 | |
| New Hudson        MI        48165 | |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| 3.176 | **Nonpriority creditor's name and mailing address** | $177,494 |

| | |
|---|---|
| Timkensteel Corporation | |
| 1835 Dueber Ave. Sw | |
| Canton        OH        44706 | |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| 3.177 | **Nonpriority creditor's name and mailing address** | $89 |

| | |
|---|---|
| Total Filtration Services | |
| 13002 Collections Center Dr | |
| Chicago        IL        60693 | |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| 3.178 | **Nonpriority creditor's name and mailing address** | $135 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Trade Risk Group

305 Floral Vale Blvd

Yardley          PA      19067

**Basis for the claim:**
Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | Amount of claim |
|---|---|---|
| 3.179 | **Nonpriority creditor's name and mailing address** | $3,753 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Tru-Cut Saw

2903 Interstate Parkway

Brunswick          OH      44212

**Basis for the claim:**
Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | Amount of claim |
|---|---|---|
| 3.180 | **Nonpriority creditor's name and mailing address** | $108,706 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Twin Eagle Resource Management, LLC

75 Remittance Dr.

Dept. 3251

Chicago          IL      60675

**Basis for the claim:**
Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

| | | Amount of claim |
|---|---|---|

**3.181** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $0
Check all that apply. + Undetermined

U.S. Environmental Protection Agency

1200 Pennsylvania Avenue, N.W.

☑ Contingent
☑ Unliquidated
☑ Disputed

Washington DC          20460

**Date or dates debt was incurred**

**Basis for the claim:**
Environmental Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|

**3.182** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $2,114
Check all that apply.

Unifirst Corporation

5959 Shallowford Rd

#321

☐ Contingent
☐ Unliquidated
☐ Disputed

Chattanooga          TN          37421

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|

**3.183** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $294
Check all that apply.

United Parcel Service

P.O. Box 7247-0244

☐ Contingent
☐ Unliquidated
☐ Disputed

Philadelphia          PA          19170

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | 3.184 | Nonpriority creditor's name and mailing address | | Amount of claim |
|---|---|---|---|---|

**3.184**

**Nonpriority creditor's name and mailing address**

Universal Truckload

Dept. 77-3150

Chicago            IL      60678

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Amount of claim**

$32,020

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.185**

**Nonpriority creditor's name and mailing address**

Usf Holland Inc

27052 Network Place

Chicago            IL      60673

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Amount of claim**

$457

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.186**

**Nonpriority creditor's name and mailing address**

Usher Oil Company

9000 Roselawn

Detroit            MI      48204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Amount of claim**

$4,286

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| | | $442 |

**3.187**

Nonpriority creditor's name and mailing address

Vallen Distribution, Inc (Formerly Idg)

P.O. Box 848545

Dallas          TX       75284

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| | | $7,987 |

**3.188**

Nonpriority creditor's name and mailing address

Verichek Technical Services

3000 Industrial Blvd

Bethel Park       PA       15102

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| | | $1,862 |

**3.189**

Nonpriority creditor's name and mailing address

Verizon Wireless

P.O. Box 15062

Albany          NY       12212

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| 3.190 | Nonpriority creditor's name and mailing address | $384 |

**As of the petition filing date, the claim is:**
Check all that apply.

Weston Industrial Service Inc

36595 Boyce

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Clinton Township    MI    48035

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

**Last 4 digits of account number**

- ☐ No
- ☐ Yes

| | | Amount of claim |
|---|---|---|
| 3.191 | Nonpriority creditor's name and mailing address | $21,961 |

**As of the petition filing date, the claim is:**
Check all that apply.

Wheatland Tube Co

P.O. Box 781280

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Philadelphia    PA    19178

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

**Last 4 digits of account number**

- ☐ No
- ☐ Yes

| | | Amount of claim |
|---|---|---|
| 3.192 | Nonpriority creditor's name and mailing address | $87,550,000 |

**As of the petition filing date, the claim is:**
Check all that apply.

Wilmington Savings Fund Society, FSB

500 Delaware Avenue

Attention: Corporate Trust

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Wilmington    DE    19801

**Date or dates debt was incurred**

**Basis for the claim:**
12% Senior Unsecured Notes

**Is the claim subject to offset?**

**Last 4 digits of account number**

- ☐ No
- ☐ Yes

| | Amount of claim |
|---|---|
| | $21 |

3.193  **Nonpriority creditor's name and mailing address**

Wow! Business

P.O. Box 4350

Carol Stream          IL          60197

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: <u>Michigan Seamless Steel LLC</u>                                   Case number *(if known)* <u>16-12793 (KJC)</u>
    Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Eric J. Monzo, Esquire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 198901-1494 | Line __3.192__<br>☐ **Not listed. Explain** Notice parties for the 12.0% Senior Unsecured Noteholder Indenture Trustee, Wilmington Savings Fund Society, FSB | ___ ___ ___ ___ |
| 4.2 | Brenna A. Dolphin, Esquire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 198901-1494 | Line __3.192__<br>☐ **Not listed. Explain** Notice parties for the 12.0% Senior Unsecured Noteholder Indenture Trustee, Wilmington Savings Fund Society, FSB | ___ ___ ___ ___ |
| 4.3 | John C. Longmire, Esquire<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019 | Line __3.192__<br>☐ **Not listed. Explain** Notice parties for the 12.0% Senior Unsecured Noteholder Indenture Trustee, Wilmington Savings Fund Society, FSB | ___ ___ ___ ___ |
| 4.4 | Gabriel Brunswick, Esquire<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019 | Line __3.192__<br>☐ **Not listed. Explain** Notice parties for the 12.0% Senior Unsecured Noteholder Indenture Trustee, Wilmington Savings Fund Society, FSB | ___ ___ ___ ___ |
| 4.5 | | Line _____<br>☐ **Not listed. Explain** | ___ ___ ___ ___ |
| 4.6 | | Line _____<br>☐ **Not listed. Explain** | ___ ___ ___ ___ |
| 4.7 | | Line _____<br>☐ **Not listed. Explain** | ___ ___ ___ ___ |
| 4.8 | | Line _____<br>☐ **Not listed. Explain** | ___ ___ ___ ___ |

## Part 4:      Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $0 |
| | | + Undetermined |
| **5b. Total claims from Part 2** | 5b.   + | $91,626,181 |
| | | + Undetermined |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $91,626,181 |
| | | + Undetermined |

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

**Fill in this information to identify the case:**

Debtor name __Michigan Seamless Tube LLC__

United States Bankruptcy Court for the: __District of Delaware__

Case number (If known): __16-12793 (KJC)__

Official Form 206G

☐ Check if this is an amended filing

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy the additional page, numbering the entries consecutively.

## 1. Does the debtor have any executory contracts or unexpired leases

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Waste Management | Advanced Disposal Services Solid Waste Midwest LLC |
| State the term remaining | | |
| List the contract number of any government contract | | 10599 W. Five Mile Rd<br>Northville , MI 48168 USA |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | Software License Agreement | CA, Inc. |
| State the term remaining | | |
| List the contract number of any government contract | | CA Plaza<br>Islandia, NY 11749 USA |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | Software License Agreement | Cincom Systems, Inc. |
| State the term remaining | | World Headquarters |
| List the contract number of any government contract | | 55 Merchant Street<br>Cincinnati, OH 45246 - 3732 USA |

| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Sales Representative Agreement | CK Metals LLC |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | PO Box 1160 |
| | | | Delran, NJ 08075 USA |

| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | Distribution of Electric Power | Constellation Energy of New York, Inc. and Constellation Energy Services, Inc. |
|---|---|---|---|
| | **State the term remaining** | | 1221 Lamar St. |
| | | | Suite 750 |
| | **List the contract number of any government contract** | | Houston, TX 77010 USA |

| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Retail Electricity Supply Agreement | Constellation Energy of New York, Inc. and Constellation Energy Services, Inc., Constellation NewEnergy Inc. |
|---|---|---|---|
| | **State the term remaining** | | 1221 Lamar St. |
| | | | Suite 750 |
| | **List the contract number of any government contract** | | Houston, TX 77010 USA |

| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Gas Transportation Agreement | Consumers Energy Company |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | 212 West Michigan Avenue |
| | | | Jackson, MI 49201-2277 USA |

| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Gas Transportation Agreement - Amendment #2 | Consumers Energy Company |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | 212 West Michigan Avenue |
| | | | Jackson, MI 49201-2277 USA |

| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Gas Transportation Agreement - Amendment #1 | Consumers Energy Company |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | 1945 West Parnall Road |
| | | | Jackson, MI 49201 USA |

| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Gas Transportation Agreement - Amendment #3 | Consumers Energy Company |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | 1945 West Parnall Road |
| | | | Jackson, MI 49201 USA |

| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Maintenance Agreement - Computer Room AC | Design Comfort Co., Inc. |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | 5977 Brighton Pines Court |
| | | | Howell, MI 48843 USA |

| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Maintenance Agreement - HVAC | Design Comfort Co., Inc. |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | 5977 Brighton Pines Court |
| | | | Howell, MI 48843 USA |

| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Hazardous Waste Management Trust Agreement Between MST, MDEQ and Huntington Trust as Trustee | Director of the Michigan Department of Environmental Quality |
|---|---|---|---|
| | **State the term remaining** | | 525 West Allegan Street |
| | | | P.O. Box 30473 |
| | **List the contract number of any government contract** | | Lansing, MI 48909-7973 USA |

Official Form 206G     **Schedule G: Executory Contracts and Unexpired Leases**

| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Water Treatment Contract | GE Water & Process Technologies |
|---|---|---|---|
| | State the term remaining | | GE Bertz, Inc. |
| | | | 4636 Somerton Road |
| | List the contract number of any government contract | | Trevose, PA 19053 USA |

| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Independent Sales Representative Agreement | Kvithammer Group Limited d/b/a Newesco Metal & Tube |
|---|---|---|---|
| | State the term remaining | | |
| | | | 7933 135th St. S.E. |
| | List the contract number of any government contract | | Snohomish, WA 98296-5926 USA |

| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease Agreement - Amendment | Linde LLC |
|---|---|---|---|
| | State the term remaining | | |
| | | | 575 Mountain Avenue |
| | List the contract number of any government contract | | Murray Hill, NJ 07974 USA |

| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease Agreement | Linde LLC |
|---|---|---|---|
| | State the term remaining | | |
| | | | 575 Mountain Avenue |
| | List the contract number of any government contract | | Murray Hill, NJ 07974 USA |

| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Maintenance Agreement - Computer Room AC | Lucas Mechanical Inc. |
|---|---|---|---|
| | State the term remaining | | |
| | | | 10234 Hartland Rd. |
| | List the contract number of any government contract | | Fenton, MI 48430 USA |

| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Maintenance Agreement - HVAC | Lucas Mechanical Inc. |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | 10234 Hartland Rd. |
| | | | Fenton, MI 48430 USA |

| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Maintenance Agreement - Computer Room AC | Lyon Mechanical |
|---|---|---|---|
| | State the term remaining | | P.O. Box 130 |
| | List the contract number of any government contract | | 30100 South Hill Rd. |
| | | | New Hudson, MI 48165 USA |

| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Maintenance Agreement - HVAC | Lyon Mechanical |
|---|---|---|---|
| | State the term remaining | | P.O. Box 130 |
| | List the contract number of any government contract | | 30100 South Hill Rd. |
| | | | New Hudson, MI 48165 USA |

| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease Agreement | Magnetic Analysis Corporation |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | 535 South Fourth Avenue |
| | | | Mount Vernon, NY 10550-4499 USA |

| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Water Purification System Lease | Pure Water Technology of Mid-Michigan |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | G-8173 Embury Road |
| | | | Grand Blanc, MI 48439 USA |

| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | Maintenance Agreement - 2010 | Randcom Inc. - 2010 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | 38520 Michigan Ave |
| | | | Wayne, MI 48184-1045 USA |

| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Maintenance Agreement - 2006 | Randcom Inc. - 2006 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | 38520 Michigan Ave |
| | | | Wayne, MI 48184-1045 USA |

| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | Maintenance Agreement - 2016 | Randcom Inc. - 2016 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | 38520 Michigan Ave |
| | | | Wayne, MI 48184-1045 USA |

| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | Condition Monitor System Servicing | SMS Meer GmbH |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | Ohlerkirchweg 66 |
| | | | 41069 Monchengladbach,   GER |

| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | Support Plan for Thermo Scientific Instrumentation | Thermo Electron North America LLC |
| | **State the term remaining** | | 1400 Northpoint Pkwy |
| | | | Suite 10 |
| | **List the contract number of any government contract** | | West Palm Beach, FL 33407 USA |

| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | Base Contract for Sale & Purchase of Natural Gas | Twin Eagle Resource Management, LLC |
|------|------|------|------|
| | **State the term remaining** | _____ | _____ |
| | **List the contract number of any government contract** | | 8847 West Sam Houston Parkway North |
| | | | Houston, TX 77040 USA |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | Collective Bargaining Agreement | United Steelworkers Local Union 1900 |
| | **State the term remaining** | _____ | United Steelworkers of America |
| | | | Roosevelt Rd Suite 200 |
| | **List the contract number of any government contract** | _____ | Allen Park, MI 48101 USA |

Official Form 206G        **Schedule G: Executory Contracts and Unexpired Leases**

Debtor: <u>Michigan Seamless Tube LLC</u>
  Name

Case number (*if known*) <u>16-12793 (KJC)</u>

| Fill in this information to identify the case: |
|---|
| Debtor Name: <u>Michigan Seamless Tube LLC</u> |
| United States Bankruptcy Court for the District of Delaware |
| Case Number: <u>16-12793 (KJC)</u> |

☐ Check if this is an
amended filing

<u>Official Form 206H</u>

# Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1.    Does the debtor have any codebtors?**
☐    No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form
☒    Yes

**2.    In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1.  Optima Specialty Steel, Inc. | 200 S Biscayne Blvd Miami, FL 33131 | 12.500% Senior Secured Notes Due 2016 Wilmington Trust, National Association | ☒ D ☐ E / F ☐ G |
| 2.2.  Niagara LaSalle Corporation | 1412 150th Street Hammond, IN 46327 | 12.500% Senior Secured Notes Due 2016 Wilmington Trust, National Association | ☒ D ☐ E / F ☐ G |
| 2.3.  The Corey Steel Company | 2800 S 61st St Cicero, IL 60804 | 12.500% Senior Secured Notes Due 2016 Wilmington Trust, National Association | ☒ D ☐ E / F ☐ G |
| 2.4.  KES Acquisition Company d/b/a Kentucky Electric Steel | 2704 South Big Run Road Ashland, KY 41102 | 12.500% Senior Secured Notes Due 2016 Wilmington Trust, National Association | ☒ D ☐ E / F ☐ G |
| 2.5.  Optima Specialty Steel, Inc. | 200 S Biscayne Blvd Miami, FL 33131 | 12.000% Senior Unsecured Notes Due 2016 Wilmington Savings Fund Society, FSB | ☐ D ☒ E / F ☐ G |
| 2.6.  Niagara LaSalle Corporation | 1412 150th Street Hammond, IN 46327 | 12.000% Senior Unsecured Notes Due 2016 Wilmington Savings Fund Society, FSB | ☐ D ☒ E / F ☐ G |
| 2.7.  The Corey Steel Company | 2800 S 61st St Cicero, IL 60804 | 12.000% Senior Unsecured Notes Due 2016 Wilmington Savings Fund Society, FSB | ☐ D ☒ E / F ☐ G |
| 2.8.  KES Acquisition Company d/b/a Kentucky Electric Steel | 2704 South Big Run Road Ashland, KY 41102 | 12.000% Senior Unsecured Notes Due 2016 Wilmington Savings Fund Society, FSB | ☐ D ☒ E / F ☐ G |

Debtor: <u>Michigan Seamless Tube LLC</u>                                              Case number *(if known)* <u>16-12793 (KJC)</u>
     Name

---

**Fill in this information to identify the case:**

Debtor Name:     <u>Michigan Seamless Tube LLC</u>

United States Bankruptcy Court for the District of Delaware

Case Number:     <u>16-12793 (KJC)</u>

---

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☑ Schedule H: Codebtors (Official Form 206H)

☑ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>2/17/2017</u>            _____

                                   Signature of individual signing on behalf of debtor

                                   Anthony Verkruyse
                                   *Chief Financial Officer*